1  SPRINKLE IP LAW GROUP, P.C.
    Elizabeth J. Brown Fore (Bar No. 200471)
2  1301 West 25th Street, Suite 408
    Austin, Texas 78705
3  Telephone: (512) 637-9220
    Facsimile: (512) 371-9088
4  E-mail: ebrownfore@sprinklelaw.com

5  Attorney for Defendants
    724 Solutions (US) Inc. and
6  724 Solutions Software, Inc.

7

8                   UNITED STATES DISTRICT COURT

9                  NORTHERN DISTRICT OF CALIFORNIA

10                      SAN FRANCISCO DIVISION

11

12  OPENWAVE SYSTEMS, INC.,                 ) Case No.: 3:09-CV-03511-CRB
        a Delaware Corporation              )
13                                          )
             Plaintiff,                     )
14      v.                                  ) **STIPULATION TO EXTEND TIME TO**
                                            ) **ANSWER OR OTHERWISE RESPOND**
15  724 SOLUTIONS (US) INC.,                ) **TO COMPLAINT**
        a Delaware Corporation, and         )
16                                          )
    724 SOLUTIONS SOFTWARE INC.,            )
17      a Delaware Corporation              )
                                            )
18           Defendants.                    )

19      Plaintiff Openwave Systems Inc., a Delaware Corporation ("Plaintiff") and Defendants

20  724 Solutions (US) Inc. and 724 Solutions Software Inc. (collectively, "Defendants"), hereby

21  stipulate through their respective counsel of record as follows:

22      WHEREAS, on or about August 3, 2009, Plaintiff served its Complaint for Damages and

23  Injunctive Relief and Demand for Jury Trial ("Complaint") upon Defendants; and

24      WHEREAS, the answer or other response to the Complaint is presently due on or before

25  
26  August 24, 2009; and

27      WHEREAS, no trial date has yet been set in this action; and

28

STIPULATION TO EXTEND TIME TO ANSWER OR OTHERWISE RESPOND TO COMPLAINT – 3:09-CV-03511-CRB

1

|   |   |
|---|---|
| 1 | WHEREAS, Plaintiff and Defendants, through their respective counsel of record have agreed to extend the time by which Defendants must answer or otherwise respond to the Complaint: |

WHEREAS, Plaintiff and Defendants, through their respective counsel of record have agreed to extend the time by which Defendants must answer or otherwise respond to the Complaint:

IT IS HEREBY STIPULATED by and between the parties hereto through their respective attorneys of record that Defendants will have to and including September 23, 2009, to serve and file an answer or other response to the Complaint.

IT IS HEREBY FURTHER STIPULATED by and between the parties hereto through their respective attorneys of record that by entering into this stipulation, none of the parties waive any rights with respect to the issues presented in this litigation and, specifically, Defendants do not waive any rights or defenses with respect to the Complaint.

Dated: August 24, 2009

Respectfully submitted,

SPRINKLE IP LAW GROUP, P.C.

By   /s/ Elizabeth J. Brown Fore
     Elizabeth J. Brown Fore

Attorney for Defendants
724 SOLUTIONS (US) INC. and
724 SOLUTIONS SOFTWARE INC.

MORGAN, LEWIS & BOCKIUS LLP

By   /s/ Brett Michael Schuman
     Brett Michael Schuman

Attorneys for Plaintiff
OPENWAVE SYSTEMS, INC.

IT IS SO ORDERED
Judge Charles R. Breyer
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Signed: August 28, 2009

STIPULATION TO EXTEND TIME TO ANSWER OR OTHERWISE RESPOND TO COMPLAINT – 3:09-CV-03511-CRB

2