1   DANIEL JOHNSON, JR. (SBN 57409)          NAGENDRA SETTY (*pro hac vice*)
    BRETT M. SCHUMAN (SBN 189247)            CHRISTOPHER GREEN (*pro hac vice*)
2   AHREN C. HOFFMAN (SBN 250469)            FISH & RICHARDSON P.C.
    RYAN L. SCHER (SBN 244706)               1180 Peachtree Street, NE, 21st Floor
3   MORGAN, LEWIS & BOCKIUS LLP              Atlanta, GA 30309
    One Market, Spear Street Tower           Telephone:    404.892.5005
4   San Francisco, California  94105-1126    Facsimile:    404.892.5002
    Telephone:     415.442.1000              E-mail:       setty@fr.com
5   Facsimile:     415.442.1001              E-mail:       cgreen@fr.com
    E-mail:        djjohnson@morganlewis.com
6   E-mail:        bschuman@morganlewis.com  DAVID M. BARKAN (SBN 160825)
    E-mail:        ahoffman@morganlewis.com  FISH & RICHARDSON P.C.
7   E-mail:        rscher@morganlewis.com    500 Arguello St Ste 500
                                             Redwood City, CA 94063
8                                            Telephone:    650.839.5070
                                             Facsimile:    650.839.5071
9                                            E-mail:       barkan@fr.com

10                                           Attorneys for Defendants and
                                             Counterclaimants 724 SOLUTIONS (US)
11  Attorneys for Plaintiff and Counterdefendant,   INC. and 724 SOLUTIONS SOFTWARE
    OPENWAVE SYSTEMS, INC.                   INC.

12
                    UNITED STATES DISTRICT COURT

13
                  NORTHERN DISTRICT OF CALIFORNIA

14
                        SAN JOSE DIVISION

15

16
    OPENWAVE SYSTEMS, INC., a              Case No. 09-CV-03511 (RS)
17  Delaware corporation,

18              Plaintiff,                 **JOINT STIPULATION AND [PROPOSED]
                                           ORDER CONTINUING HEARING**
19              v.

20  724 SOLUTIONS (US) INC., a Delaware
    corporation, and 724 SOLUTIONS
21  SOFTWARE INC., a Delaware
    corporation,
22
                Defendants.
23
    AND RELATED COUNTERCLAIMS
24

25

26

27

28

Plaintiff and counterdefendant Openwave Systems, Inc. ("Openwave"), by and through its undersigned counsel, and defendants and counterclaimants 724 Solutions (US) Inc. and 724 Solutions Software Inc. (together, "724 Solutions"), by and through their undersigned counsel, hereby stipulate as follows:

WHEREAS, on January 25, 2010, Openwave filed an *Ex Parte* Motion for Temporary Restraining Order and Order to Show Cause (Dkt. No. 61) (the "TRO Motion");

WHEREAS, on January 25, 2010, the Court issued an Order Denying Motion for Temporary Restraining Order and Setting Hearing and Briefing Schedule for Preliminary Injunction (Dkt. No. 64) (the "Order");

WHEREAS the Order denied Openwave's TRO Motion, and set a hearing for Openwave's motion for a preliminary injunction to be heard on February 10, 2010 at 9:30 a.m., in Courtroom 4 of the San Jose Courthouse (Dkt. No. 64);

WHEREAS the Order permits Openwave to file additional papers in support of its motion no later than January 29, 2010, and permits 724 Solutions to file an opposition no later than February 5, 2010 (Dkt. No. 64);

WHEREAS Openwave served a subpoena on Mobixell Networks, Inc. ("Mobixell") commanding Mobixell to produce documents, on January 29, 2010, relevant to Openwave's motion for a preliminary injunction (Dkt. No. 63-3);

WHEREAS, on January 28, 2010, Openwave's counsel met and conferred with Nagendra Setty, counsel for both 724 Solutions and Mobixell, regarding Mobixell's response to Openwave's subpoena;

WHEREAS, the parties believe that good cause exists for a short continuance of the February 10, 2010 preliminary injunction hearing so that Openwave may evaluate the materials it expects to receive from Mobixell in response to the subpoena before responding to the Court's January 25, 2010 Order;

THE PARTIES HEREBY STIPULATE, by and through their respective counsel, and respectfully request that the Court continue the February 10, 2010 hearing to February 17, 2010 at 9:30 a.m., in Courtroom 4 of the San Jose Courthouse. Openwave shall file any additional papers

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

STIPULATION AND [PROPOSED] ORDER CONTINUING HEARING

in support of its motion no later than February 5, 2010.  724 Solutions shall file any opposition no later than February 12, 2010.

IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.

Dated: January 29, 2010                   MORGAN, LEWIS & BOCKIUS LLP


                                          By /s/ Brett M. Schuman
                                             Brett M. Schuman
                                             Attorneys for Plaintiff

Dated: January 29, 2010                   FISH & RICHARDSON P.C.


                                          By /s/ Nagendra Setty
                                             Nagendra Setty
                                             Attorneys for Defendants


## **[PROPOSED] ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: _01/29/2010_____

                                          _____
                                          RICHARD SEEBORG
                                          UNITED STATES DISTRICT JUDGE

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

DB2/21530197.1                                                    CASE NO. 09-CV-03511 (RS)

STIPULATION AND [PROPOSED] ORDER CONTINUING HEARING

# FILER'S ATTESTATION

I, Ryan L. Scher, am the ECF user whose identification and password are being used to file this STIPULATION AND [PROPOSED] ORDER CONTINUING HEARING.  In compliance with General Order 45.X.B, I hereby attest that Brett M. Schuman and Nagendra Setty concur in this filing.

Dated: January 29, 2010

By  /s/ Ryan L. Scher
_____
Ryan L. Scher
Attorneys for Plaintiff

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

DB2/21530197.1

3

CASE NO. 09-CV-03511 (RS)

STIPULATION AND [PROPOSED] ORDER CONTINUING HEARING