DANIEL JOHNSON, JR. (SBN 57409)
BRETT M. SCHUMAN (SBN 189247)
AHREN C. HOFFMAN (SBN 250469)
RYAN L. SCHER (SBN 244706)
MORGAN, LEWIS & BOCKIUS LLP
One Market, Spear Street Tower
San Francisco, California  94105-1126
Telephone:      415.442.1000
Facsimile:      415.442.1001
E-mail:       djjohnson@morganlewis.com
E-mail:       bschuman@morganlewis.com
E-mail:       ahoffman@morganlewis.com
E-mail:       rscher@morganlewis.com

NAGENDRA SETTY (*pro hac vice*)
CHRISTOPHER GREEN (*pro hac vice*)
FISH & RICHARDSON P.C.
1180 Peachtree Street, NE, 21st Floor
Atlanta, GA 30309
Telephone:      404.892.5005
Facsimile:      404.892.5002
E-mail:       setty@fr.com
E-mail:       cgreen@fr.com

DAVID M. BARKAN (SBN 160825)
FISH & RICHARDSON P.C.
500 Arguello St Ste 500
Redwood City, CA 94063
Telephone:      650.839.5070
Facsimile:      650.839.5071
E-mail:       barkan@fr.com

Attorneys for Defendants and
Counterclaimants 724 SOLUTIONS (US)
INC. and 724 SOLUTIONS SOFTWARE
INC.

Attorneys for Plaintiff and Counterdefendant,
OPENWAVE SYSTEMS, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| OPENWAVE SYSTEMS, INC., a Delaware corporation,<br><br>                    Plaintiff,<br><br>          v.<br><br>724 SOLUTIONS (US) INC., a Delaware corporation, and 724 SOLUTIONS SOFTWARE INC., a Delaware corporation,<br><br>                    Defendants.<br><br>AND RELATED COUNTERCLAIMS | Case No. 09-CV-03511 (RS)<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER CONTINUING HEARING** |

1    Plaintiff and counterdefendant Openwave Systems, Inc. ("Openwave"), by and through its

2    undersigned counsel, and defendants and counterclaimants 724 Solutions (US) Inc. and 724

3    Solutions Software Inc. (together, "724 Solutions"), by and through their undersigned counsel,

4    hereby stipulate as follows:

5    WHEREAS, on January 25, 2010, Openwave filed an *Ex Parte* Motion for Temporary

6    Restraining Order and Order to Show Cause (Dkt. No. 61) (the "TRO Motion");

7    WHEREAS, on January 25, 2010, the Court issued an Order Denying Motion for

8    Temporary Restraining Order and Setting Hearing and Briefing Schedule for Preliminary

9    Injunction (Dkt. No.  64) (the "Order");

10    WHEREAS the Order denied Openwave's TRO Motion, and set a hearing for

11    Openwave's motion for a preliminary injunction to be heard on February 10, 2010 at 9:30 a.m., in

12    Courtroom 4 of the San Jose Courthouse (Dkt. No. 64);

13    WHEREAS the Order permits Openwave to file additional papers in support of its motion

14    no later than January 29, 2010, and permits 724 Solutions to file an opposition no later than

15    February 5, 2010 (Dkt. No. 64);

16    WHEREAS Openwave served a subpoena on Mobixell Networks, Inc. ("Mobixell")

17    commanding Mobixell to produce documents, on January 29, 2010, relevant to Openwave's

18    motion for a preliminary injunction (Dkt. No. 63-3);

19    WHEREAS, on January 28, 2010, Openwave's counsel met and conferred with Nagendra

20    Setty, counsel for both 724 Solutions and Mobixell, regarding Mobixell's response to

21    Openwave's subpoena;

22    WHEREAS, the parties believe that good cause exists for a short continuance of the

23    February 10, 2010 preliminary injunction hearing so that Openwave may evaluate the materials it

24    expects to receive from Mobixell in response to the subpoena before responding to the Court's

25    January 25, 2010 Order;

26    THE PARTIES HEREBY STIPULATE, by and through their respective counsel, and

27    respectfully request that the Court continue the February 10, 2010 hearing to February 17, 2010 at

28    9:30 a.m., in Courtroom 4 of the San Jose Courthouse.  Openwave shall file any additional papers

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

1    in support of its motion no later than February 5, 2010.  724 Solutions shall file any opposition no

2    later than February 12, 2010.

3    IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.

4

5    Dated: January 29, 2010                    MORGAN, LEWIS & BOCKIUS LLP

6

7                                              By /s/ Brett M. Schuman
                                                  Brett M. Schuman
8                                                 Attorneys for Plaintiff

9    Dated: January 29, 2010                    FISH & RICHARDSON P.C.

10

11                                             By /s/ Nagendra Setty
                                                  Nagendra Setty
12                                                Attorneys for Defendants

13

14                            **[PROPOSED] ORDER**

15        PURSUANT TO STIPULATION, IT IS SO ORDERED.

16
     Dated: ___01/29/2010_____        _____
17                                        RICHARD SEEBORG
18                                        UNITED STATES DISTRICT JUDGE

19

20

21

22

23

24

25

26

27

28

Morgan, Lewis &
Bockius LLP
Attorneys At Law
San Francisco

DB2/21530197.1                              2                    CASE NO. 09-CV-03511 (RS)

STIPULATION AND [PROPOSED] ORDER CONTINUING HEARING

1

### **FILER'S ATTESTATION**

2        I, Ryan L. Scher, am the ECF user whose identification and password are being used to

3   file this STIPULATION AND [PROPOSED] ORDER CONTINUING HEARING.  In

4   compliance with General Order 45.X.B, I hereby attest that Brett M. Schuman and Nagendra

5   Setty concur in this filing.

6

7   Dated: January 29, 2010

8                                              By  /s/ Ryan L. Scher

9                                                  Ryan L. Scher
                                                   Attorneys for Plaintiff

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

DB2/21530197.1

3

CASE NO. 09-CV-03511 (RS)

STIPULATION AND [PROPOSED] ORDER CONTINUING HEARING