| | |
|---|---|
| 1 | NAGENDRA SETTY (*pro hac vice*) |
| | CHRISTOPHER O. GREEN (*pro hac vice*) |
| 2 | GEORGE L. KANABE (*pro hac vice*) |
| | FISH & RICHARDSON P.C. |
| 3 | 1180 Peachtree Street, NE, 21st Floor |
| | Atlanta, Georgia 30309 |
| 4 | Telephone:   404-892-5005 |
| | Facsimile:   404-892-5002 |
| 5 | E-mail:   nsetty@fr.com |
| | E-mail:   cgreen@fr.com |
| 6 | E-mail:   kanabe@fr.com |
| 7 | DAVID M. BARKAN |
| | FISH & RICHARDSON P.C. |
| 8 | 500 Arguello Street, Suite 500 |
| | Redwood City, CA 94063 |
| 9 | Telephone:   650-839-5070 |
| | Facsimile:   650-839-5071 |
| 10 | E-mail:   barkan@fr.com |
| 11 | *Attorneys for Defendants and Counterclaimants* |
| 12 | 724 SOLUTIONS (US) INC. and 724 SOLUTIONS SOFTWARE INC. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| OPENWAVE SYSTEMS, INC., a Delaware corporation, and OPENWAVE SYSTEMS (ROI) Ltd., its Republic of Ireland Subsidiary,<br><br>Plaintiffs,<br><br>v.<br><br>724 SOLUTIONS (US) INC., a Delaware corporation, and 724 SOLUTIONS SOFTWARE INC., a Delaware corporation,<br><br>Defendants.<br><br>AND RELATED COUNTERCLAIMS | Case No. 09-CV-03511 (RS)<br><br>**DEFENDANTS' SUPPLEMENTAL CORPORATE DISCLOSURE STATEMENT AND CERTIFICATION OF INTERESTED ENTITIES OR PERSONS** |

1   Pursuant to Fed. R. Civ. P. 7.1, the undersigned certifies that, as previously indicated in
2   the original Corporate Disclosure Statement and Certification of Interested Entities or Persons
3   filed on November 20, 2009 (Dkt. No. 34), Defendants 724 Solutions (US) Inc. and 724 Solutions
4   Software Inc. are wholly-owned subsidiaries of non-party 724 Holdings, Inc. As also previously
5   indicated, no publicly-held corporation owns 10% or more of stock in either Defendant. Contrary
6   to Openwave's assertion to this Court on February 5, 2010, that Defendants were "acquired
7   almost a month ago" (Dkt. No. 82 at n.1), the ownership status of Defendants has not changed.
8   As of January 15, 2010, non-party 724 Holdings, Inc. is now a wholly-owned subsidiary of
9   Mobixell Networks, Inc. All of the foregoing entities are privately held.

10   Pursuant to Civil L.R. 3-16, the undersigned certifies that the following listed persons,
11   associations of persons, firms, partnerships, corporations (including parent corporations) or other
12   entities (i) have a financial interest in the subject matter in controversy or in a party to the
13   proceeding, or (ii) have a non-financial interest in that subject matter or in a party that could be
14   substantially affected by the outcome of this proceeding: 724 Holdings, Inc.; and Mobixell
15   Networks, Inc.

Dated: February 10, 2010        FISH & RICHARDSON P.C.


                                By /s/ Nagendra Setty
                                   Nagendra Setty

                                *Attorneys for Defendants and Counterclaimants*

2

DEFENDANTS' SUPPL. CORPORATE DISCLOSURE STATEMENT
AND CERTIFICATION OF INTERESTED ENTITIES OR PERSONS
CASE NO. 09-CV-03511 (RS)