NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| OPENWAVE SYSTEMS, INC., | No. C09-03511 RS (HRL) |
| Plaintiff, | **INTERIM ORDER RE: PLAINTIFF'S MOTION TO COMPEL** |
| v. | |
| 724 SOLUTIONS (US) INC. and 724 SOLUTIONS SOFTWARE INC., | **[Re: Docket No. 74]** |
| Defendants. | |
| AND RELATED COUNTERCLAIMS | |

On February 3, 2010, plaintiff filed a motion to compel defendants to provide supplemental production concerning numerous interrogatories and requests for production. Allegedly, plaintiff's counsel and defendants' former counsel had come to an agreement on these discovery issues following a meet-and-confer effort. However, defendants' counsel withdrew on January 25, 2010. The very next day, plaintiff's counsel held a meet-and-confer call with defendants' new counsel, who at that time allegedly would not commit to honoring the former counsel's agreements.

Based on the court's review of plaintiff's motion, it does not appear that there have been sufficient meet-and-confer efforts with defendants' new counsel to satisfy the requirements of Local Rule 37-1. Accordingly, the court ORDERS the parties to meet-and-confer concerning the issues plaintiff has raised in its motion to compel. To allow the parties sufficient time to do so, the hearing on plaintiff's motion is CONTINUED to **April 6, 2010** at 10:00 a.m. Plaintiff shall file a

supplemental brief advising the court of the parties' efforts and whether any of the issues in its current motion are resolved on **March 9, 2010.** The defendants' opposition or statement of non-opposition is due **March 16, 2010.** Plaintiff's reply, if any, is due **March 23, 2010.**

**IT IS SO ORDERED.**

Dated: February 10, 2010

_____
HOWARD R. LLOYD
UNITED STATES MAGISTRATE JUDGE

**C 09-03511 RS (HRL) Notice will be electronically mailed to:**

| | |
|---|---|
| Brett Michael Schuman | bschuman@morganlewis.com, mcwong@morganlewis.com |
| Christopher Owen Green | cgreen@fr.com, kanabe@fr.com, ricardo@fr.com |
| Daniel Johnson, Jr | djjohnson@morganlewis.com |
| David M. Barkan | barkan@fr.com, horsley@fr.com |
| Nagendra Setty | nsetty@fr.com, bthompson@fr.com, dang@fr.com, jsantos@fr.com, lane@fr.com, rmorgan@fr.com, wtb@fr.com |
| Ryan Lindsay Scher | rscher@morganlewis.com, ahoffman@morganlewis.com, cholsome@morganlewis.com, shaun.sullivan@morganlewis.com, tmajidian@morganlewis.com |

**Counsel are responsible for distributing copies of this document to co-counsel who have not registered for e-filing under the court's CM/ECF program.**