**United States District Court**
For the Northern District of California

1

2

3

4

5

6

**\*\* E-filed February 10, 2010 \*\***

7

8

9

10

NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

11   OPENWAVE SYSTEMS, INC.,                        No. C09-03511 RS (HRL)

12                    Plaintiff,                    **INTERIM ORDER RE: PLAINTIFF'S**
       v.                                           **MOTION TO COMPEL**
13
     724 SOLUTIONS (US) INC. and 724               **[Re: Docket No. 74]**
14   SOLUTIONS SOFTWARE INC.,

15                    Defendants.
     _____

16
     AND RELATED COUNTERCLAIMS
17   _____/

18          On February 3, 2010, plaintiff filed a motion to compel defendants to provide supplemental

19   production concerning numerous interrogatories and requests for production.  Allegedly, plaintiff's

20   counsel and defendants' former counsel had come to an agreement on these discovery issues

21   following a meet-and-confer effort.  However, defendants' counsel withdrew on January 25, 2010.

22   The very next day, plaintiff's counsel held a meet-and-confer call with defendants' new counsel,

23   who at that time allegedly would not commit to honoring the former counsel's agreements.

24          Based on the court's review of plaintiff's motion, it does not appear that there have been

25   sufficient meet-and-confer efforts with defendants' new counsel to satisfy the requirements of Local

26   Rule 37-1.  Accordingly, the court ORDERS the parties to meet-and-confer concerning the issues

27   plaintiff has raised in its motion to compel.  To allow the parties sufficient time to do so, the hearing

28   on plaintiff's motion is CONTINUED to **April 6, 2010** at 10:00 a.m.  Plaintiff shall file a

supplemental brief advising the court of the parties' efforts and whether any of the issues in its current motion are resolved on **March 9, 2010.** The defendants' opposition or statement of non-opposition is due **March 16, 2010.** Plaintiff's reply, if any, is due **March 23, 2010.**

 **IT IS SO ORDERED.**

Dated: February 10, 2010

_____
HOWARD R. LLOYD
UNITED STATES MAGISTRATE JUDGE

**United States District Court**
For the Northern District of California

2

**C 09-03511 RS (HRL) Notice will be electronically mailed to:**

| | |
|---|---|
| Brett Michael Schuman | bschuman@morganlewis.com, mcwong@morganlewis.com |
| Christopher Owen Green | cgreen@fr.com, kanabe@fr.com, ricardo@fr.com |
| Daniel Johnson, Jr | djjohnson@morganlewis.com |
| David M. Barkan | barkan@fr.com, horsley@fr.com |
| Nagendra Setty | nsetty@fr.com, bthompson@fr.com, dang@fr.com, jsantos@fr.com, lane@fr.com, rmorgan@fr.com, wtb@fr.com |
| Ryan Lindsay Scher | rscher@morganlewis.com, ahoffman@morganlewis.com, cholsome@morganlewis.com, shaun.sullivan@morganlewis.com, tmajidian@morganlewis.com |

**Counsel are responsible for distributing copies of this document to co-counsel who have not registered for e-filing under the court's CM/ECF program.**

United States District Court

For the Northern District of California