| | |
|---|---|
| DANIEL JOHNSON, JR. (SBN 57409)<br>BRETT M. SCHUMAN (SBN 189247)<br>AHREN C. HOFFMAN (SBN 250469)<br>RYAN L. SCHER (SBN 244706)<br>MORGAN, LEWIS & BOCKIUS LLP<br>One Market, Spear Street Tower<br>San Francisco, California 94105-1126<br>Telephone: 415.442.1000<br>Facsimile: 415.442.1001<br>E-mail: djjohnson@morganlewis.com<br>E-mail: bschuman@morganlewis.com<br>E-mail: ahoffman@morganlewis.com<br>E-mail: rscher@morganlewis.com<br><br>*Attorneys for Plaintiff and Counterdefendant*<br>OPENWAVE SYSTEMS, INC. | NAGENDRA SETTY (*pro hac vice*)<br>CHRISTOPHER O. GREEN (*pro hac vice*)<br>GEORGE L. KANABE (*pro hac vice*)<br>FISH & RICHARDSON P.C.<br>1180 Peachtree Street, NE, 21st Floor<br>Atlanta, Georgia 30309<br>Telephone: 404-892-5005<br>Facsimile: 404-892-5002<br>E-mail: nsetty@fr.com<br>E-mail: cgreen@fr.com<br>E-mail: kanabe@fr.com<br><br>DAVID M. BARKAN<br>FISH & RICHARDSON P.C.<br>500 Arguello Street, Suite 500<br>Redwood City, CA 94063<br>Telephone: 650-839-5070<br>Facsimile: 650-839-5071<br>E-mail: barkan@fr.com<br><br>*Attorneys for Defendants and Counterclaimants* 724 SOLUTIONS (US) INC. and 724 SOLUTIONS SOFTWARE INC. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| OPENWAVE SYSTEMS, INC., a Delaware corporation, and OPENWAVE SYSTEMS (ROI) Ltd., its Republic of Ireland Subsidiary,<br><br>    Plaintiffs,<br><br>    v.<br><br>724 SOLUTIONS (US) INC., a Delaware corporation, and 724 SOLUTIONS SOFTWARE INC., a Delaware corporation,<br><br>    Defendants.<br><br>AND RELATED COUNTERCLAIMS | Case No. 09-CV-03511 (RS)<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER CONTINUING CASE MANAGEMENT CONFERENCE** |

1    Plaintiff and counterdefendant Openwave Systems, Inc. and plaintiff Openwave Systems
2  (ROI) Ltd. (together, "Openwave"), by and through their undersigned counsel, and defendants
3  and counterclaimants 724 Solutions (US) Inc. and 724 Solutions Software Inc. (together, "724
4  Solutions"), by and through their undersigned counsel, hereby stipulate as follows:
5    WHEREAS on February 4, 2010, the Court issued a Notice rescheduling the Case
6  Management Conference in this case from April 8, 2010, to February 17, 2010;
7    WHEREAS on February 10, 2010, the parties' counsel conferred to discuss a proposed
8  continuance of the Case Management Conference due to a scheduling conflict on the part of 724
9  Solutions' counsel, at which time Openwave's counsel indicated its willingness to accommodate
10  that conflict by agreeing to the continuance;
11    WHEREAS the parties believe that good cause exists for a short continuance of the
12  February 17, 2010, Case Management Conference; and
13    THE PARTIES HEREBY STIPULATE, by and through their respective counsel, and
14  respectfully request that the Court continue the February 17, 2010, Case Management Conference
15  to March 11, 2010, at 10:00 a.m., in Courtroom 3 of the San Francisco Courthouse.  The parties
16  will submit a Joint Case Management Statement no later than March 4, 2010.

IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.


Dated: February 10, 2010					MORGAN, LEWIS & BOCKIUS LLP


							By /s/ Brett M. Schuman
							   Brett M. Schuman

							*Attorneys for Plaintiffs and Counterdefendant*


Dated: February 10, 2010					FISH & RICHARDSON P.C.


							By /s/ Nagendra Setty
							   Nagendra Setty

							*Attorneys for Defendants and Counterclaimants*


**[PROPOSED] ORDER**


PURSUANT TO STIPULATION, IT IS SO ORDERED.


Dated: 02/11/2010						_____
							RICHARD SEEBORG
							UNITED STATES DISTRICT JUDGE

**FILER'S ATTESTATION**

I, Christopher O. Green, am the ECF user whose identification and password are being used to file this JOINT STIPULATION AND [PROPOSED] ORDER CONTINUING CASE MANAGEMENT CONFERENCE. In compliance with General Order 45.X.B, I hereby attest that Brett M. Schuman and Nagendra Setty concur in this filing.

Dated: February 10, 2010　　　　　　　　　FISH & RICHARDSON P.C.


By /s/ Christopher O. Green
　　Christopher O. Green

*Attorneys for Defendants and Counterclaimants*