**\*E-Filed 02/11/2010\***

1  DANIEL JOHNSON, JR. (SBN 57409)
   BRETT M. SCHUMAN (SBN 189247)
2  AHREN C. HOFFMAN (SBN 250469)
   RYAN L. SCHER (SBN 244706)
3  MORGAN, LEWIS & BOCKIUS LLP
   One Market, Spear Street Tower
4  San Francisco, California  94105-1126
   Telephone:     415.442.1000
5  Facsimile:     415.442.1001
   E-mail:    djjohnson@morganlewis.com
6  E-mail:    bschuman@morganlewis.com
   E-mail:    ahoffman@morganlewis.com
7  E-mail:    rscher@morganlewis.com

8  *Attorneys for Plaintiff and Counterdefendant*
   OPENWAVE SYSTEMS, INC.

NAGENDRA SETTY (*pro hac vice*)
CHRISTOPHER O. GREEN (*pro hac vice*)
GEORGE L. KANABE (*pro hac vice*)
FISH & RICHARDSON P.C.
1180 Peachtree Street, NE, 21st Floor
Atlanta, Georgia 30309
Telephone:     404-892-5005
Facsimile:     404-892-5002
E-mail:        nsetty@fr.com
E-mail:        cgreen@fr.com
E-mail:        kanabe@fr.com

DAVID M. BARKAN
FISH & RICHARDSON P.C.
500 Arguello Street, Suite 500
Redwood City, CA 94063
Telephone:     650-839-5070
Facsimile:     650-839-5071
E-mail:        barkan@fr.com

*Attorneys for Defendants and
Counterclaimants* 724 SOLUTIONS (US)
INC. and 724 SOLUTIONS SOFTWARE
INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

|  |  |
|---|---|
| OPENWAVE SYSTEMS, INC., a Delaware corporation, and OPENWAVE SYSTEMS (ROI) Ltd., its Republic of Ireland Subsidiary,<br><br>              Plaintiffs,<br><br>      v.<br><br>724 SOLUTIONS (US) INC., a Delaware corporation, and 724 SOLUTIONS SOFTWARE INC., a Delaware corporation,<br><br>              Defendants.<br><br>AND RELATED COUNTERCLAIMS | Case No. 09-CV-03511 (RS)<br><br>**JOINT STIPULATION AND ~~[PROPOSED]~~ ORDER CONTINUING CASE MANAGEMENT CONFERENCE** |

1    Plaintiff and counterdefendant Openwave Systems, Inc. and plaintiff Openwave Systems

2  (ROI) Ltd. (together, "Openwave"), by and through their undersigned counsel, and defendants

3  and counterclaimants 724 Solutions (US) Inc. and 724 Solutions Software Inc. (together, "724

4  Solutions"), by and through their undersigned counsel, hereby stipulate as follows:

5    WHEREAS on February 4, 2010, the Court issued a Notice rescheduling the Case

6  Management Conference in this case from April 8, 2010, to February 17, 2010;

7    WHEREAS on February 10, 2010, the parties' counsel conferred to discuss a proposed

8  continuance of the Case Management Conference due to a scheduling conflict on the part of 724

9  Solutions' counsel, at which time Openwave's counsel indicated its willingness to accommodate

10  that conflict by agreeing to the continuance;

11    WHEREAS the parties believe that good cause exists for a short continuance of the

12  February 17, 2010, Case Management Conference; and

13    THE PARTIES HEREBY STIPULATE, by and through their respective counsel, and

14  respectfully request that the Court continue the February 17, 2010, Case Management Conference

15  to March 11, 2010, at 10:00 a.m., in Courtroom 3 of the San Francisco Courthouse.  The parties

16  will submit a Joint Case Management Statement no later than March 4, 2010.

17

18

19

20

21

22

23

24

25

26

27

28

JOINT STIPULATION AND [PROPOSED] ORDER
CONTINUING CASE MANAGEMENT CONFERENCE
CASE NO. 09-CV-03511 (RS)

1 | IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.

2

3 | Dated: February 10, 2010          MORGAN, LEWIS & BOCKIUS LLP

4

5 | By /s/ Brett M. Schuman

     Brett M. Schuman

6

7 | *Attorneys for Plaintiffs and Counterdefendant*

8

9 | Dated: February 10, 2010          FISH & RICHARDSON P.C.

10

11 | By /s/ Nagendra Setty

     Nagendra Setty

12 | *Attorneys for Defendants and Counterclaimants*

13

14

15 | **[PROPOSED] ORDER**

16

17 | PURSUANT TO STIPULATION, IT IS SO ORDERED.

18

19

20 | Dated: 02/11/2010

21 | RICHARD SEEBORG

UNITED STATES DISTRICT JUDGE

22

23

24

25

26

27

28

3

1

**FILER'S ATTESTATION**

2    I, Christopher O. Green, am the ECF user whose identification and password are being

3  used to file this JOINT STIPULATION AND [PROPOSED] ORDER CONTINUING CASE

4  MANAGEMENT CONFERENCE.  In compliance with General Order 45.X.B, I hereby attest

5  that Brett M. Schuman and Nagendra Setty concur in this filing.

6

7  Dated: February 10, 2010                    FISH & RICHARDSON P.C.

8

9                                                    By /s/ Christopher O. Green
                                                          Christopher O. Green
10

11                                                   *Attorneys for Defendants and Counterclaimants*

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

JOINT STIPULATION AND [PROPOSED] ORDER
CONTINUING CASE MANAGEMENT CONFERENCE
CASE NO. 09-CV-03511 (RS)