\*\* E-filed March 9, 2010 \*\*

| | |
|---|---|
| DANIEL JOHNSON, JR. (SBN 57409) <br> BRETT M. SCHUMAN (SBN 189247) <br> AHREN C. HOFFMAN (SBN 250469) <br> RYAN L. SCHER (SBN 244706) <br> MORGAN, LEWIS & BOCKIUS LLP <br> One Market, Spear Street Tower <br> San Francisco, California 94105-1126 <br> Telephone: 415.442.1000 <br> Facsimile: 415.442.1001 <br> E-mail: djjohnson@morganlewis.com <br> E-mail: bschuman@morganlewis.com <br> E-mail: ahoffman@morganlewis.com <br> E-mail: rscher@morganlewis.com | NAGENDRA SETTY (*pro hac vice*) <br> CHRISTOPHER GREEN (*pro hac vice*) <br> GEORGE L. KANABE (*pro hac vice*) <br> FISH & RICHARDSON P.C. <br> 1180 Peachtree Street, NE, 21st Floor <br> Atlanta, GA 30309 <br> Telephone: 404.892.5005 <br> Facsimile: 404.892.5002 <br> E-mail: setty@fr.com <br> E-mail: cgreen@fr.com <br> E-mail: kanabe@fr.com <br><br> DAVID M. BARKAN (SBN 160825) <br> FISH & RICHARDSON P.C. <br> 500 Arguello St Ste 500 <br> Redwood City, CA 94063 <br> Telephone: 650.839.5070 <br> Facsimile: 650.839.5071 <br> E-mail: barkan@fr.com |
| Attorneys for Plaintiff and Counterdefendant, OPENWAVE SYSTEMS, INC. and Plaintiff OPENWAVE SYSTEMS (ROI) LTD. | Attorneys for Defendants and Counterclaimants 724 SOLUTIONS (US) INC. and 724 SOLUTIONS SOFTWARE INC. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| OPENWAVE SYSTEMS, INC., a Delaware corporation, and OPENWAVE SYSTEMS (ROI) LTD., its Republic of Ireland subsidiary, <br><br> Plaintiffs, <br><br> v. <br><br> 724 SOLUTIONS (US) INC., a Delaware corporation, and 724 SOLUTIONS SOFTWARE INC., a Delaware corporation, <br><br> Defendants. <br><br> AND RELATED COUNTERCLAIMS | Case No. 09-CV-03511 (RS, HRL) <br><br> **JOINT STIPULATION AND [PROPOSED] ORDER CONTINUING HEARING** |

DB2/21586260.1

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

Plaintiff and counterdefendant Openwave Systems, Inc. and plaintiff Openwave Systems (ROI) Ltd. ("Openwave"), by and through their undersigned counsel, and defendants and counterclaimants 724 Solutions (US) Inc. and 724 Solutions Software Inc. (together, "724 Solutions"), by and through their undersigned counsel, hereby stipulate as follows:

WHEREAS, on February 3, 2010, Openwave filed a Motion to Compel (Dkt. No. 74) seeking an order compelling 724 Solutions to produce documents and information pursuant to Rule 37(a) of the Federal Rules of Civil Procedure (the "Motion");

WHEREAS, on February 10, 2010 the Court issued an Interim Order RE: Plaintiff's Motion to Compel (Dkt. No. 87) (the "Interim Order");

WHEREAS the Interim Order ordered the parties to meet and confer concerning the issues Openwave raised in its Motion and continued the hearing on Openwave's Motion to April 6, 2010;

WHEREAS the Interim Order permits Openwave to file a supplemental brief advising the Court of the parties' efforts and whether any of the issues in its motion are resolved by March 9, 2010, 724 Solutions to file an opposition or statement of non-opposition by March 16, 2010, and Openwave to file a reply by March 23, 2010;

WHEREAS the parties have met and conferred multiple times since the Court issued its Interim Order but have not yet resolved the issues raised in the pending Motion;

WHEREAS on March 5, 2010, 724 Solutions represented that it intended to produce certain information and documents responsive to the discovery requests that are the subject of the pending motion;

WHEREAS, the parties believe that good cause exists for a short continuance of the April 6, 2010 hearing so that Openwave may evaluate the materials it expects to receive from 724 Solutions before responding to the Court's Interim Order;

THE PARTIES HEREBY STIPULATE, by and through their respective counsel, and respectfully request that the Court continue the April 6, 2010 hearing to April 20, 2010 at 10:00 a.m. in Courtroom 2, 5th Floor, of the San Jose Courthouse.  Openwave may file a supplemental brief in support of its Motion no later than March 23, 2010.  724 Solutions shall file any an

1  opposition or statement of non-opposition no later than March 30, 2010.  Openwave shall file a
2  reply no later than April 6, 2010.
3  IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.

4
5  Dated: March 8, 2010                                MORGAN, LEWIS & BOCKIUS LLP

6
7                                                      By /s/ Brett M. Schuman
                                                          Brett M. Schuman
8                                                         Attorneys for Plaintiffs

9  Dated: March 8, 2010                                FISH & RICHARDSON P.C.

10
11                                                     By /s/ Christopher O. Green
                                                          Christopher O. Green
12                                                        Attorneys for Defendants

13

14                              [PROPOSED] ORDER

15         PURSUANT TO STIPULATION, IT IS SO ORDERED.

16
17  Dated: March 9, 2010
                                                       _____
18                                                     HOWARD LLOYD
                                                       UNITED STATES MAGISTRATE JUDGE

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

DB2/21586260.1                                  2                        CASE NO. 09-CV-03511 (RS, HRL)

STIPULATION AND [PROPOSED] ORDER CONTINUING HEARING