**\*\*E-filed 04/08/2010\*\***

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| OPENWAVE SYSTEMS, INC., | No. C 09-3511 RS |
| Plaintiff, | |
| v. | **ORDER FOR SUPPLEMENTAL BRIEFING** |
| 724 SOLUTIONS (US) INC, et al., | |
| Defendant. | |

   On or before April 13, 2010, each side may file a supplemental brief, not to exceed ten pages, addressing decision of the California Court of Appeal in <u>Kirk v. First American Title Co</u>., Case No. B218956, filed April 7, 2010.

IT IS SO ORDERED.

Dated: 04/08/2010

RICHARD SEEBORG
UNITED STATES DISTRICT JUDGE