**\*\* E-Filed April 21, 2010 \*\***

DANIEL JOHNSON, JR. (SBN 57409)
BRETT M. SCHUMAN (SBN 189247)
AHREN C. HOFFMAN (SBN 250469)
RYAN L. SCHER (SBN 244706)
MORGAN, LEWIS & BOCKIUS LLP
One Market, Spear Street Tower
San Francisco, California 94105-1126
Telephone:   415.442.1000
Facsimile:   415.442.1001
E-mail:   djjohnson@morganlewis.com
E-mail:   bschuman@morganlewis.com
E-mail:   ahoffman@morganlewis.com
E-mail:   rscher@morganlewis.com

NAGENDRA SETTY (*pro hac vice*)
CHRISTOPHER GREEN (*pro hac vice*)
GEORGE L. KANABE (*pro hac vice*)
FISH & RICHARDSON P.C.
1180 Peachtree Street, NE, 21st Floor
Atlanta, GA 30309
Telephone:   404.892.5005
Facsimile:   404.892.5002
E-mail:   setty@fr.com
E-mail:   cgreen@fr.com
E-mail:   kanabe@fr.com

DAVID M. BARKAN (SBN 160825)
FISH & RICHARDSON P.C.
500 Arguello St Ste 500
Redwood City, CA 94063
Telephone:   650.839.5070
Facsimile:   650.839.5071
E-mail:   barkan@fr.com

Attorneys for Plaintiff and Counterdefendant,
OPENWAVE SYSTEMS, INC. and Plaintiff
OPENWAVE SYSTEMS (ROI) LTD.

Attorneys for Defendants and
Counterclaimants 724 SOLUTIONS (US)
INC. and 724 SOLUTIONS SOFTWARE
INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| OPENWAVE SYSTEMS, INC., a Delaware corporation, and OPENWAVE SYSTEMS (ROI) LTD., its Republic of Ireland subsidiary,<br><br>Plaintiffs,<br><br>v.<br><br>724 SOLUTIONS (US) INC., a Delaware corporation, and 724 SOLUTIONS SOFTWARE INC., a Delaware corporation,<br><br>Defendants.<br><br>AND RELATED COUNTERCLAIMS | Case No. 09-CV-03511 (RS, HRL)<br><br>**STIPULATION AND [PROPOSED] ORDER SHORTENING TIME FOR OPENWAVE'S MOTION FOR PERMISSION TO DISCLOSE PROTECTED MATERIAL TO CHETAN SHARMA** |

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

DB2/21671148.1

Pursuant to Local Rule 6-2, Plaintiffs and counterdefendants Openwave Systems, Inc. and plaintiff Openwave Systems (ROI) Ltd. (together, "Openwave"), by and through their undersigned counsel, and defendants and counterclaimants 724 Solutions (US) Inc. and 724 Solutions Software Inc. (together, "724 Solutions"), by and through their undersigned counsel, hereby stipulate as follows:

WHEREAS, on March 29, 2010, pursuant to the Protective Order, Openwave submitted a written request to 724 Solutions seeking to disclose 724 Solutions' confidential information to Chetan Sharma;

WHEREAS, 724 Solutions objected to the disclosure of its confidential information to Mr. Sharma;

WHEREAS, the parties met and conferred via telephone and email regarding 724 Solutions' objections to Mr. Sharma;

WHEREAS, on April 13, 2010, Openwave informed 724 Solutions that it would file a motion that day seeking permission from the Court to disclose confidential information to Mr. Sharma;

WHEREAS, 724 Solutions asked, and Openwave agreed, to postpone the filing by one day so that 724 Solutions' counsel could discuss the matter further with 724 Solutions;

WHEREAS, later that same day (April 13), 724 Solutions filed a Motion to Compel (Dkt. No. 155) that it noticed for hearing before this Court on May 18, 2010;

WHEREAS, the next day (April 14), 724 Solutions informed Openwave that it would not withdraw its objection with regard to Mr. Sharma; and

WHEREAS, the parties believe and agree that it will be more convenient for the Court and the parties' counsel if 724 Solutions' Motion to Compel and Openwave's Motion for Permission to Disclose Protected Material to Chetan Sharma are both heard on the same day, May 18, 2010,

THE PARTIES HEREBY STIPULATE, by and through their respective counsel, and respectfully request that the Court shorten time (by one day) for the hearing on Openwave's Motion for Permission to Disclose Protected Material to Chetan Sharma and that the hearing on

Morgan, Lewis & Bockius LLP
Attorneys At Law
San Francisco

DB2/21671148.1                                1                         CASE NO. 09-CV-03511 (RS, HRL)
STIPULATION AND [PROPOSED] ORDER SETTING HEARING ON PLAINTIFFS' MOTION RE: SHARMA

1  Openwave's motion be set for May 18, 2010, at 10:00 a.m. in Courtroom 2, 5th Floor, of the San
2  Jose Courthouse, which is the same day that 724 Solutions' Motion to Compel is noticed to be
3  heard.
4  IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.

Dated: April 14, 2010                                MORGAN, LEWIS & BOCKIUS LLP


                                                     By /s/
                                                        Brett M. Schuman
                                                        Attorneys for Plaintiffs

Dated: April 14, 2010                                FISH & RICHARDSON P.C.


                                                     By /s/
                                                        Christopher O. Green
                                                        Attorneys for Defendants


### [PROPOSED] ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated:  April 21, 2010                               _____
                                                     HOWARD LLOYD
                                                     UNITED STATES MAGISTRATE JUDGE

DB2/21671148.1                      2                CASE NO. 09-CV-03511 (RS, HRL)
STIPULATION AND [PROPOSED] ORDER SETTING HEARING ON PLAINTIFFS' MOTION RE: SHARMA