| | |
|---|---|
| DANIEL JOHNSON, JR. (SBN 57409)<br>BRETT M. SCHUMAN (SBN 189247)<br>AHREN C. HOFFMAN (SBN 250469)<br>RYAN L. SCHER (SBN 244706)<br>MORGAN, LEWIS & BOCKIUS LLP<br>One Market, Spear Street Tower<br>San Francisco, CA  94105-1126<br>Tel:  415.442.1000<br>Fax:  415.442.1001<br>E-mail:  djjohnson@morganlewis.com<br>E-mail:  bschuman@morganlewis.com<br>E-mail:  ahoffman@morganlewis.com<br>E-mail:  rscher@morganlewis.com<br><br>Attorneys for Plaintiffs and Counterdefendants,<br>OPENWAVE SYSTEMS, INC. and<br>OPENWAVE SYSTEMS (ROI) LTD. | CLAUDE M. STERN (SBN 96737)<br>EVETTE D. PENNYPACKER (SBN 203515)<br>RAY ZADO (SBN 208501)<br>THAI LE (SBN 267460)<br>QUINN EMANUEL URQUHART &<br>SULLIVAN, LLP<br>555 Twin Dolphin Drive, 5th Floor<br>Redwood Shores, California 94065<br>Tel: 650.801.5000<br>Fax: 650.801.5100<br>E-mail:  claudestern@quinnemanuel.com<br>E-mail:  evettepennypacker@quinnemanuel.com<br>E-mail:  rayzado@quinnemanuel.com<br>E-mail:  thaile@quinnemanuel.com<br><br>JESSE GERACI (Bar No. 259755)<br>QUINN EMANUEL URQUHART &<br>SULLIVAN, LLP<br>50 California Street, 22nd Floor<br>San Francisco, California 94111<br>Tel: 415.875.6600<br>Fax: 415.875.6700<br>E-mail:  jessegeraci@quinnemanuel.com<br><br>*Attorneys for Defendants and Counterclaimants*<br>724 SOLUTIONS (US) INC. and 724<br>SOLUTIONS SOFTWARE INC. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| OPENWAVE SYSTEMS, INC.,<br>a Delaware corporation, and<br>OPENWAVE SYSTEMS (ROI) LTD., its<br>Republic of Ireland subsidiary,<br><br>                     Plaintiffs,<br><br>          v.<br><br>724 SOLUTIONS (US) INC., a Delaware<br>corporation, and 724 SOLUTIONS<br>SOFTWARE INC., a Delaware<br>corporation,<br><br>                     Defendants.<br><br>AND RELATED COUNTERCLAIMS | Case No. 09-CV-03511 (RS, HRL)<br><br>**STIPULATION AND [PROPOSED] ORDER AMENDING CASE SCHEDULE** |

DB2/21732071.1

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

Plaintiffs and Counterdefendants Openwave Systems, Inc. and Openwave Systems (ROI) Ltd. (together, "Openwave"), by and through their undersigned counsel, and Defendants and Counterclaimants 724 Solutions (US) Inc. and 724 Solutions Software Inc. (together, "724 Solutions"), by and through their undersigned counsel, hereby stipulate as follows:

WHEREAS, on February 18, 2010, Openwave filed its Motion to Disqualify Defendants' Counsel, Fish & Richardson P.C. ("Motion," Dkt. No. 89);

WHEREAS, on April 22, 2010, this Court issued its Order Granting Motion to Disqualify Counsel ("Order," Dkt. No. 167);

WHEREAS, the Order stated that "[t]he deadlines set out in the Case Management Scheduling Order entered on March 11, 2010 shall remain in place for now, but [plaintiffs] will be expected to accommodate any reasonable request from new counsel for a stipulation to extend any or all of those deadlines" (Order 11:4-7);

WHEREAS, on May 21, 2010, 724 Solutions filed a Notice of Substitution of Attorneys and Proposed Order, whereby 724 Solutions substituted Quinn Emanuel Urquhart & Sullivan, LLP ("New Counsel") as attorneys of record in place of Fish & Richardson P.C. (Dkt. No. 181);

WHEREAS, on May 21, 2010, 724 Solutions' New Counsel requested that Openwave stipulate to extending the deadlines set forth in the Court's March 11, 2010 Case Management Scheduling Order (Dkt. 123);

WHEREAS, the parties have met and conferred regarding those deadlines;

IT IS HEREBY STIPULATED by and between the parties hereto through their respective attorneys of record that the following schedule pertaining to events through the claim construction hearing shall apply:

| | |
|---|---|
| Patent L.R. 4-1 Exchange of Proposed Terms for Construction | July 12, 2010 |
| Patent L.R. 4-2 Exchange of Preliminary Case Constructions and Extrinsic Evidence | July 26, 2010 |
| Patent L.R. 4-3 Joint Claim Construction and Prehearing Statement | August 13, 2010 |
| Patent L.R. 4-4 Close of Claim Construction Discovery | September 13, 2010 |

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

DB2/21732071.1

1

STIP. AND [PROPOSED] ORDER AMENDING CASE SCHEDULE
CASE NO. 09-CV-03511 (RS)

| | |
|---|---|
| Patent L.R. 4-5(a) Opening Claim Construction Brief | September 27, 2010 |
| Patent L.R. 4-5(b) Responsive Claim Construction Brief | October 12, 2010 |
| Patent L.R. 4-5(c) Reply Claim Construction Brief | October 19, 2010 |
| Tutorial | October 27, 2010 |
| Claim Construction Hearing | November 1-12, 2010 (during either week at the court's convenience) |

Respectfully submitted,

Dated: May 28, 2010                    MORGAN, LEWIS & BOCKIUS LLP


By /s/ Brett Schuman
    Brett M. Schuman

*Attorneys for Plaintiffs and Counterdefendants,* OPENWAVE SYSTEMS, INC. AND OPENWAVE SYSTEMS (ROI) LTD.


Dated: May 28, 2010                    QUINN EMANUEL URQUHART & SULLIVAN, LLP


By Evette Pennypacker
    Evette D. Pennypacker

*Attorneys for Defendants and Counterclaimants,* 724 SOLUTIONS (US) INC. AND 724 SOLUTIONS SOFTWARE INC.

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

DB2/21732071.1                2                STIP. AND [PROPOSED] ORDER AMENDING CASE SCHEDULE
CASE NO. 09-CV-03511 (CRB, HRL)

1  **[PROPOSED] ORDER**

2  The proposed amended schedule set forth above is hereby adopted by the Court as the

3  schedule for this case through the claim construction hearing. The claim construction hearing

4  shall take place on  November 3, 2010  (date) at  10:00 AM  (time). The parties

5  shall comply with this Order.

6  **IT IS SO ORDERED.**

8  Dated:   6/1/10

By _____
HON. RICHARD SEEBORG
UNITED STATES DISTRICT JUDGE

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

DB2/21732071.1

3

STIP. AND [PROPOSED] ORDER AMENDING CASE
SCHEDULE
CASE NO. 09-CV-03511 (CRB, HRL)