*E-Filed 6/2/10*

1  QUINN EMANUEL URQUHART & SULLIVAN, LLP
    Claude M. Stern (Bar No. 96737)
2   Evette D. Pennypacker (Bar No. 203515)
    Ray Zado (Bar No. 208501)
3   Thai Le (Bar No. 267460)
   555 Twin Dolphin Drive, 5th Floor
4  Redwood Shores, California 94065
   Telephone:    (650) 801-5000
5  Facsimile:    (650) 801-5100
   Email: claudestern@quinnemanuel.com
6          evettepennypacker@quinnemanuel.com
           rayzado@quinnemanuel.com
7          thaile@quinnemanuel.com

8  QUINN EMANUEL URQUHART & SULLIVAN, LLP
     Jesse Geraci (Bar No. 259755)
9  50 California Street, 22nd Floor
   San Francisco, California 94111
10 Telephone:    (415) 875-6600
   Facsimile:    (415) 875-6700
11 Email: jessegeraci@quinnemanuel.com

12 Attorneys for Defendants
   724 Solutions (US), Inc. and
13 724 Solutions Software Inc.

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN JOSE DIVISION

| | |
|---|---|
| OPENWAVE SYSTEMS, INC., a Delaware corporation, and OPENWAVE SYSTEMS (ROI) LTD., its Republic of Ireland subsidiary,<br><br>Plaintiffs,<br><br>v.<br><br>724 SOLUTIONS (US) INC., a Delaware corporation, and 724 SOLUTIONS SOFTWARE INC., a Delaware corporation,<br><br>Defendants.<br><br>AND RELATED COUNTERCLAIMS | Case No. 09-CV-03511 (RS, HRL)<br><br>**DEFENDANTS 724 SOLUTIONS (US) INC. AND 724 SOLUTIONS SOFTWARE, INC.'S NOTICE OF SUBSTITUTION OF ATTORNEYS AND ~~PROPOSED~~ ORDER** |

99998.09177/3508290.1

SUBSTITUTION OF ATTORNEYS
CASE NO. 09-CV-03511 (RS, HRL)

1  Defendants 724 Solutions (US) Inc. and 724 Solutions Software Inc. hereby substitute
2  Quinn Emanuel Urquhart & Sullivan, LLP, 555 Twin Dolphin Drive, 5th Floor, Redwood Shores,
3  California, 94065, Telephone: (650) 801-5000, Facsimile: (650) 801-5100, as attorneys of record
4  in place of Fish & Richardson P.C., 1180 Peachtree Street, NE, 21st Floor, Atlanta, Georgia 30309,
5  Telephone: (404) 892-5005, Fax: (404) 892-5002 and Fish & Richardson P.C., 500 Arguello
6  Street, Suite 500, Redwood City, California, 94063, Telephone (650) 839-5070, Facsimile (650)
7  839-5071.

8  DATED: May 21, 2010                QUINN EMANUEL URQUHART &
                                      SULLIVAN, LLP

11                                    By /s/ Evette D. Pennypacker
                                      Evette D. Pennypacker
12                                    Attorneys for Defendants
                                      724 Solutions (US) Inc. and 724 Solutions
13                                    Software Inc.

14  I CONSENT TO THE ABOVE SUBSTITUTION

15  DATED: May 21, 2010

17                                    By /s/ Amir Aharoni
                                      Amir Aharoni
18                                    Director, 724 Solutions (US) Inc. and 724
                                      Solutions Software Inc.

20  WE CONSENT TO THE ABOVE SUBSTITUTION

21  DATED: May 21, 2010                FISH & RICHARDSON P.C.

24                                    By /s/ Nagendra Setty
                                      Nagendra Setty

25  IT IS SO ORDERED

26  DATED: 6/2/10

                                      Richard Seeborg
27                                    United States District Court Judge