**United States District Court**
For the Northern District of California

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**\*\* E-filed June 24, 2010 \*\***

NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

OPENWAVE SYSTEMS, INC., a Delaware corporation, and OPENWAVE SYSTEMS (ROI) LTD., its Republic of Ireland subsidiary,

            Plaintiffs,

   v.

724 SOLUTIONS (US) INC., a Delaware corporation, and 724 SOLUTIONS SOFTWARE INC., a Delaware corporation,

            Defendants.

_____

AND RELATED COUNTERCLAIMS

_____/

No. C09-03511 RS (HRL)

**ORDER DENYING STIPULATION SHORTENING TIME TO HEAR OPENWAVE'S MOTION FOR PERMISSION TO DISCLOSE PROTECTED MATERIAL TO CHETAN SHARMA**

**[Re: Docket Nos. 185 & 186]**

On April 14, Openwave filed a motion for permission to disclose information designated as Protected Material by 724 Solutions under the Protective Order in the case to Openwave's retained expert witness Chetan Sharma. (Docket No. 162.) The original hearing date on that motion was vacated since 724 Solutions had to retain new counsel. (Docket No. 167.) 724 Solutions did so, and now the parties have stipulated to shorten the time to hear Openwave's motion. (Docket No. 186.) Openwave re-noticed its motion for July 13 per this stipulation. (Docket No. 185.)

The stipulation, however, does not set forth facts supporting good cause to shorten the time for hearing. (*See generally*, *id*.) This Court therefore DENIES the parties' stipulation shortening

**United States District Court**
For the Northern District of California

1   time to hear Openwave's motion and VACATES the re-noticed hearing date of July 13.  Instead, the

2   hearing date and the briefing schedule shall be determined pursuant to Civil Local Rule 7 as normal.

3   Accordingly, Openwave's Motion for Permission to Disclose Protected Material to Chetan Sharma

4   shall be heard on **Tuesday, August 3, 2010 at 10:00 a.m.** in Courtroom 2, at the United States

5   Courthouse, 280 South First Street in San Jose, California.  724 Solutions shall serve and file any

6   opposition to this motion by **July 13, 2010**, and Openwave shall serve and file any reply by **July 20,**

7   **2010**.

8        **IT IS SO ORDERED.**

9   Dated: June 24, 2010

10
       _____
       HOWARD R. LLOYD
       UNITED STATES MAGISTRATE JUDGE

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2

**United States District Court**
For the Northern District of California

1 | **C09-03511 RS (HRL) Notice will be electronically mailed to:**

2 | Brett Michael Schuman     bschuman@morganlewis.com, mcwong@morganlewis.com
Claude M. Stern     claudestern@quinnemanuel.com, sandranichols@quinnemanuel.com

3 | Daniel Johnson , Jr     djjohnson@morganlewis.com
Evette Dionna Pennypacker     evettepennypacker@quinnemanuel.com

4 | Jesse Geraci     jessegeraci@quinnemanuel.com, alanarivera@quinnemanuel.com,
westonreid@quinnemanuel.com

5 | Michael Henry Page     mpage@durietangri.com, records@durietangri.com
Ray R. Zado     ray.zado@ropesgray.com

6 | Ryan Lindsay Scher     rscher@morganlewis.com, ahoffman@morganlewis.com,
cholsome@morganlewis.com, shaun.sullivan@morganlewis.com,

7 | tmajidian@morganlewis.com

8 | **Notice will be sent by other means to:**

9 | Thai Le
Quinn Emanuel Urquhart & Sullivan, LLP

10 | 555 Twin Dolphin Drive
5th Floor

11 | #560
Redwood Shores, CA 94065-2139

12 |

13 | **Counsel are responsible for distributing copies of this document to co-counsel who have not registered for e-filing under the court's CM/ECF program.**

14 |

3