*E-Filed 7/27/10*

| | |
|---|---|
| MORGAN, LEWIS & BOCKIUS LLP<br>  Daniel Johnson, Jr. (State Bar No. 57409)<br>  Brett M. Schuman (State Bar No. 189247)<br>  Ahren C. Hoffman (State Bar No. 250469)<br>  Ryan L. Scher (State Bar No. 244706)<br>One Market, Spear Street Tower<br>San Francisco, CA 94105-1126<br>Tel: 415.442.1000<br>Fax: 415.442.1001<br>E-mail: djjohnson@morganlewis.com<br>E-mail: bschuman@morganlewis.com<br>E-mail: ahoffman@morganlewis.com<br>E-mail: rscher@morganlewis.com<br><br>*Attorneys for Plaintiffs*<br>OPENWAVE SYSTEMS, INC. and<br>OPENWAVE SYSTEMS (ROI) Ltd. | QUINN EMANUEL URQUHART & SULLIVAN<br>  Claude M. Stern (Bar No. 96737)<br>  Evette D. Pennypacker (Bar No. 203515)<br>  Matthew R. Hulse (Bar No. 209490)<br>  Thai Le (Bar No. 267460)<br>555 Twin Dolphin Drive, 5th Floor<br>Redwood Shores, California 94065<br>Telephone:   (650) 801-5000<br>Facsimile:   (650) 801-5100<br>E-mail: claudestern@quinnemanuel.com<br>E-mail: evettepennypacker@quinnemanuel.com<br>E-mail: matthulse@quinnemanuel.com<br>E-mail: thaile@quinnemanuel.com<br><br>QUINN EMANUEL URQUHART & SULLIVAN<br>  Jesse Geraci (Bar No. 259755)<br>50 California Street, 22nd Floor<br>San Francisco, California 94111<br>Telephone:   (415) 875-6600<br>Facsimile:   (415) 875-6700<br>Email: jessegeraci@quinnemanuel.com<br><br>*Attorneys for Defendants*<br>724 SOLUTIONS (US) INC. and<br>724 SOLUTIONS SOFTWARE INC. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| OPENWAVE SYSTEMS, INC.,<br>a Delaware corporation, and<br>OPENWAVE SYSTEMS (ROI) LTD., its<br>Republic of Ireland subsidiary,<br><br>                    *Plaintiffs*,<br><br>        v.<br><br>724 SOLUTIONS (US) INC., a Delaware<br>corporation, and 724 SOLUTIONS<br>SOFTWARE INC., a Delaware<br>corporation,<br><br>                    *Defendants*.<br><br>AND RELATED COUNTERCLAIMS | **Case No. 09-CV-03511 (RS, HRL)**<br><br>**STIPULATION AND [~~PROPOSED~~] ORDER ENLARGING TIME PURSUANT TO CIVIL L.R. 6-2** |

1   Plaintiffs and Counterdefendants Openwave Systems, Inc. and Openwave Systems (ROI)
2   Ltd. (collectively, "Openwave"), by and through their undersigned counsel, and Defendants and
3   Counterclaimants 724 Solutions (US) Inc. and 724 Solutions Software Inc. (collectively, "724"),
4   by and through their undersigned counsel, hereby stipulate as follows:

5   WHEREAS, on February 18, 2010, Openwave filed its Motion to Disqualify Defendants'
6   Counsel, Fish & Richardson P.C. (Dkt. No. 89);

7   WHEREAS, on March 11, 2010 this Court issued a Case Management Scheduling Order
8   (Dkt. No. 123) setting forth the deadlines for the parties' exchanges of disclosures pursuant to the
9   Patent Local Rules;

10  WHEREAS, on April 22, 2010, this Court issued its Order Granting Openwave's Motion
11  to Disqualify Counsel (Dkt. No. 167);

12  WHEREAS, on May 21, 2010, 724 filed a Notice of Substitution of Attorneys and
13  Proposed Order, whereby 724 substituted Quinn Emanuel Urquhart & Sullivan, LLP as attorneys
14  of record in place of Fish & Richardson P.C. (Dkt. No. 181);

15  WHEREAS, on June 1, 2010, pursuant to the parties' stipulation, this Court entered an
16  Order Amending the Case Schedule (Dkt. No. 183);

17  WHEREAS, pursuant to the Amended Case Schedule (Dkt. No. 183), the parties are to
18  exchange their Preliminary Claim Constructions and Extrinsic Evidence under Patent L.R. 4-2 on
19  or before July 26, 2010;

20  WHEREAS, the undersigned counsel, met, conferred and agreed to extend the deadline
21  relating to their exchange of Preliminary Claim Constructions and Extrinsic Evidence under
22  Patent L.R. 4-2 by four days to July 30, 2010;

23  IT IS HEREBY STIPULATED by and between the parties hereto through their respective
24  attorneys of record that the following schedule pertaining to the parties' Patent L.R. 4-2 Exchange
25  of Preliminary Claim Constructions and Extrinsic Evidence shall apply:

| Event | Old Deadline | New Deadline |
| --- | --- | --- |
| Patent L.R. 4-2 Exchange of Preliminary Claim Constructions and Extrinsic Evidence | July 26, 2010 | July 30, 2010 at 5:00pm |

1  The remaining deadlines set forth in the Case Management Scheduling Order will not be
2  affected.
3  NOW THEREFORE, IT IS STIPULATED, AGREED AND ORDERED that the date for
4  serving Preliminary Claim Constructions and Extrinsic Evidence under Patent L.R. 4-2 should be
5  extended to July 30, 2010 at 5:00PM.

Dated: July 26, 2010                By: _/s/ Jesse Geraci_
                                    Jesse Geraci

                                    Attorney for Defendants and
                                    Counterclaimants
                                    724 SOLUTIONS (US) INC. and 724
                                    SOLUTIONS SOFTWARE INC

Dated: July 26, 2010                By: _/s/ Ryan Scher_
                                    Ryan Scher

                                    Attorneys for Plaintiffs and
                                    Counterdefendants
                                    OPENWAVE SYSTEMS, INC. and
                                    OPENWAVE SYSTEMS (ROI) Ltd.

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: 7/27/10                      By: [signature]
                                    THE HONORABLE RICHARD SEEBORG
                                    UNITED STATES DISTRICT JUDGE