1  DANIEL JOHNSON, JR. (State Bar No. 57409)
   BRETT M. SCHUMAN (State Bar No. 189247)
2  AHREN C. HOFFMAN (State Bar No. 250469)
   RYAN L. SCHER (State Bar No. 244706)
3  MORGAN, LEWIS & BOCKIUS LLP
   One Market, Spear Street Tower
4  San Francisco, California 94105-1126
   Telephone:  415.442.1000
5  Facsimile:  415.442.1001
   E-mail:  djjohnson@morganlewis.com
6  E-mail:  bschuman@morganlewis.com
   E-mail:  ahoffman@morganlewis.com
7  E-mail:  rscher@morganlewis.com

8  Attorneys for Plaintiffs and Counterdefendants
   OPENWAVE SYSTEMS, INC. and OPENWAVE
9  SYSTEMS (ROI) LTD.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| OPENWAVE SYSTEMS, INC., a Delaware corporation, and OPENWAVE SYSTEMS (ROI) LTD., its Republic of Ireland subsidiary,<br><br>Plaintiffs,<br><br>v.<br><br>724 SOLUTIONS (US) INC., a Delaware corporation, and 724 SOLUTIONS SOFTWARE INC., a Delaware corporation,<br><br>Defendants. | Case No. 09-CV-03511 (RS, HRL)<br><br>**PLAINTIFFS' RE-NOTICE OF MOTION TO COMPEL (1) MOBIXELL NETWORKS, INC. TO COMPLY WITH SUBPOENA; AND (2) 724 SOLUTIONS TO PRODUCE DOCUMENTS IN RESPONSE TO OPENWAVE'S THIRD SET OF REQUESTS FOR DOCUMENTS (DKT. NO. 129)**<br><br>Date: August 17, 2010<br>Time: 10:00 a.m.<br>Location: Courtroom 2, 5th Floor<br>Judge: The Honorable Howard Lloyd |
| AND RELATED COUNTERCLAIMS | |

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

DB2/21841632.1

CASE NO. 09-CV-03511 (RS, HRL)
PLAINTIFFS' RE-NOTICE OF MOTION TO COMPEL (DKT. NO. 129)

| | |
|---|---|
| 1 | TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD: |
| 2 | PLEASE TAKE NOTICE THAT on August 17, 2010 at 10:00 am, in Courtroom 2, 5th |
| 3 | floor, before the Honorable Howard Lloyd, located at 280 South 1st Street, San Jose, California, |
| 4 | 95113, or as soon thereafter as counsel may be heard, Plaintiffs and Counterdefendants |
| 5 | Openwave Systems, Inc. and Openwave Systems (ROI) Ltd. (together, "Openwave") will and |
| 6 | hereby does move the Court for an order grating Openwave's Notice of Motion and Motion to |
| 7 | Compel (1) Mobixell Networks, Inc. to Comply with Subpoena; and (2) 724 Solutions to Produce |
| 8 | Documents in Response to Openwave's Third Set of Requests for Documents ("Motion," Dkt. |
| 9 | No. 129). |
| 10 | This motion was fully briefed by both parties and on the Court's calendar for hearing on |
| 11 | April 27, 2010. On April 22, 2010, Judge Seeborg issued an order granting Openwave's motion |
| 12 | to disqualify 724 Solutions' and Mobixell's then-current counsel, Fish & Richardson P.C. Dkt. |
| 13 | No. 167. At the conclusion of his disqualification order, Judge Seeborg vacated this hearing date |
| 14 | and ordered new counsel to cooperate in having the motion rescheduled for hearing on the |
| 15 | "earliest practicable date." *See* Dkt. No. 167 at 11. |
| 16 | The motion is based on Openwave's Notice of Motion and Motion and the Memorandum |
| 17 | of Points and Authorities attached thereto (Dkt. No. 129), the Declaration of Brett M. Schuman |
| 18 | filed therewith (Dkt. No. 130), Openwave's Reply in Support of its Motion to Compel (Dkt. No. |
| 19 | 147), the Court's files and records in this case, and upon such other matters as may be presented |
| 20 | to the Court before or at the time of the hearing. To update the Court on pertinent developments |
| 21 | with respect to the Motion since April 27, 2010, Openwave is filing, concurrently with this notice, |
| 22 | a Motion for Administrative Relief to File Supplemental Brief Regarding Openwave's Motion to |
| 23 | Compel (Dkt. No. 129). |

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

DB2/21841632.1  1  CASE NO. 09-CV-03511 (RS, HRL)
PLAINTIFFS' RE-NOTICE OF MOTION TO COMPEL (DKT. NO. 129)

Dated: July 28, 2010	MORGAN, LEWIS & BOCKIUS LLP

By /s/ Brett M. Schuman
Brett M. Schuman

Attorneys for Plaintiffs and Counterdefendants OPENWAVE SYSTEMS, INC. and OPENWAVE SYSTEMS (ROI) LTD.

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

DB2/21841632.1

2

CASE NO. 09-CV-03511 (RS, HRL)
PLAINTIFFS' RE-NOTICE OF MOTION TO COMPEL (DKT. NO. 129)