** E-filed July 30, 2010 **

DANIEL JOHNSON, JR. (SBN 57409)
BRETT M. SCHUMAN (SBN 189247)
AHREN C. HOFFMAN (SBN 250469)
RYAN L. SCHER (SBN 244706)
MORGAN, LEWIS & BOCKIUS LLP
One Market, Spear Street Tower
San Francisco, CA  94105-1126
Tel:  415.442.1000
Fax:  415.442.1001
E-mail:  djjohnson@morganlewis.com
E-mail:  bschuman@morganlewis.com
E-mail:  ahoffman@morganlewis.com
E-mail:  rscher@morganlewis.com

Attorneys for Plaintiffs and Counterdefendants,
OPENWAVE SYSTEMS, INC. and
OPENWAVE SYSTEMS (ROI) LTD.

CLAUDE M. STERN (SBN 96737)
EVETTE D. PENNYPACKER (SBN 203515)
MATTHEW R. HULSE (SBN 209490)
THAI LE (SBN 267460)
QUINN EMANUEL URQUHART & SULLIVAN, LLP
555 Twin Dolphin Drive, 5th Floor
Redwood Shores, California 94065
Tel: 650.801.5000
Fax: 650.801.5100
E-mail:  claudestern@quinnemanuel.com
E-mail:  evettepennypacker@quinnemanuel.com
E-mail:  matthulse@quinnemanuel.com
E-mail:  thaile@quinnemanuel.com

JESSE GERACI (Bar No. 259755)
QUINN EMANUEL URQUHART & SULLIVAN, LLP
50 California Street, 22nd Floor
San Francisco, California 94111
Tel: 415.875.6600
Fax: 415.875.6700
E-mail:  jessegeraci@quinnemanuel.com

*Attorneys for Defendants and Counterclaimants*
724 SOLUTIONS (US) INC. and 724 SOLUTIONS SOFTWARE INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| OPENWAVE SYSTEMS, INC., a Delaware corporation, and OPENWAVE SYSTEMS (ROI) LTD., its Republic of Ireland subsidiary,<br><br>　　　　　　　　Plaintiffs,<br><br>　　　v.<br><br>724 SOLUTIONS (US) INC., a Delaware corporation, and 724 SOLUTIONS SOFTWARE INC., a Delaware corporation,<br><br>　　　　　　　　Defendants.<br><br>AND RELATED COUNTERCLAIMS | Case No. 09-CV-03511 (RS, HRL)<br><br>**STIPULATION AND [PROPOSED] ORDER WITHDRAWING PLAINTIFFS' MOTION FOR PERMISSION TO DISCLOSE PROTECTED MATERIAL TO CHETAN SHARMA** |

MORGAN, LEWIS & BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

DB2/21846053.1

STIP. AND [PROPOSED] ORDER WITHDRAWING
MOTION RE: CHETAN SHARMA
CASE NO. 09-CV-03511 (RS)

1   Plaintiffs and Counterdefendants Openwave Systems, Inc. and Openwave Systems (ROI)
2   Ltd. (together, "Openwave"), by and through their undersigned counsel, and Defendants and
3   Counterclaimants 724 Solutions (US) Inc. and 724 Solutions Software Inc. (together, "724
4   Solutions"), by and through their undersigned counsel, hereby stipulate as follows:
5      WHEREAS, on March 29, 2010, as required by the Protective Order entered in this case
6   (Dkt. No. 53), Openwave submitted a written request to 724 Solutions that it be permitted to
7   disclose information designated "confidential" or "highly confidential" by 724 Solutions
8   ("Protected Material") to its retained and disclosed expert for claim construction and liability
9   issues, Chetan Sharma;
10     WHEREAS, 724 Solutions' predecessor counsel, Fish & Richardson P.C. ("Fish"),
11  objected to such disclosure to Mr. Sharma;
12     WHEREAS, 724 Solutions' predecessor counsel and Openwave's counsel met and
13  conferred and, in an attempt to resolve 724 Solutions' purported concerns, Openwave proposed to
14  limit Mr. Sharma's exposure to 724 Solutions' purportedly Protected Material by not providing
15  him with any sales or other market-related information produced and designated by 724 Solutions
16  as "confidential" or "highly confidential";
17     WHEREAS, 724 Solutions' predecessor counsel rejected Openwave's counsel's proposed
18  restriction;
19     WHEREAS, on April 14, 2010, Openwave filed its Motion for Permission to Disclose
20  Protected Material to Chetan Sharma (the "Sharma Motion," Dkt. No. 162), noticed for hearing
21  on May 18, 2010, before Magistrate Judge Lloyd;
22     WHEREAS, on April 22, 2010, Judge Seeborg issued an Order disqualifying Fish from
23  representing 724 Solutions in this case and vacating the May 18, 2010 hearing date on the Sharma
24  Motion ("Order," Dkt. No. 167);
25     WHEREAS, Openwave's counsel engaged in further meet and confer regarding the
26  Sharma Motion with 724 Solution's new counsel, Quinn Emanuel, in attempt to resolve the
27  matter without the Court's intervention, but were initially unable to resolve the issues;
28     WHEREAS, Openwave re-noticed the Sharma Motion for hearing before the Court, and

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

DB2/21846053.1                                                1                          STIP. AND [PROPOSED] ORDER WITHDRAWING
                                                                                         MOTION RE: CHETAN SHARMA
                                                                                         CASE NO. 09-CV-03511 (RS)

the Court set the matter for hearing on Tuesday, August 3, 2010, at 10:00 a.m. (Dkt. No. 187);

WHEREAS, Openwave continued to meet and confer with 724 Solutions and made additional proposals to try to resolve the pending motion, further delimiting the scope of information it proposed to disclose to Mr. Sharma. Specifically, Openwave proposed to provide Mr. Sharma with the following set of user manuals regarding the accused products that 724 Solutions designated as "highly confidential" under the Protective Order:

| Accused Product | Product Manual Identified By Openwave For Review By Chetan Sharma |
|---|---|
| AGW | 5.0 Administration Guide (7240035941) (2008)<br>5.0 Architecture (7240036139) (2008)<br>5.0 Product Description (7240037073) (2008) |
| XSAM | Overview 3.1 (7240117071) (Feb. 2007)<br>Administrator's Guide 3.0 (7240082080) (Apr. 2006)<br>Sentinel Overview 1.0 (7240116994) (Aug. 2006) |
| XAP | 7.0 System Overview (7240011661) (Jan. 2009)<br>7.0 Deployment and Operations Manual (7240011011) (May 2009) |
| XMG | Operator's Guide 3.1 (7240049702) (Apr. 2005)<br>Administrator's Guide (7240047430) (July 2002)<br>Product Description (7240047717) (2005) |
| SAS/XMP | Operator's Guide (v4.1) (7240001135) (Apr. 2009)<br>Overview (4.1) (7240001571) (Apr. 2009)<br>Administrator's Guide 4.0 (7240053669) (June 2007) |

In addition, Openwave proposed that it would identify to 724 Solutions' counsel any additional Protected Material ("Additional Protected Material") that it may want to provide to Mr. Sharma, and that it would meet and confer with 724 Solutions' counsel regarding the Additional Protected Material before providing the Additional Protected Material to Mr. Sharma;

WHEREAS, by July 27, 2010, 724 Solutions responded to Openwave's proposal by granting permission for all of the above-identified documents to be shared with Mr. Sharma and agreeing that Openwave and 724 Solutions will meet and confer regarding any Additional Protected Material that Openwave may propose to disclose to Mr. Sharma;

IT IS HEREBY STIPULATED by and between the parties hereto through their respective attorneys of record that (1) Openwave hereby withdraws its Motion for Permission to Disclose

MORGAN, LEWIS & BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

DB2/21846053.1

2

STIP. AND [PROPOSED] ORDER WITHDRAWING
MOTION RE: CHETAN SHARMA
CASE NO. 09-CV-03511 (RS)

1  Protected Material to Chetan Sharma (Dkt. No. 162); and (2) Openwave may seek to disclose
2  Additional Protected Material to Mr. Sharma by identifying the document(s) to 724 Solutions in
3  advance of any such disclosure and meeting and conferring with 724 Solutions regarding the
4  Additional Protected Material.  Openwave will not provide any Additional Protected Material to
5  Mr. Sharma without permission from 724 Solutions.  Both parties reserve their rights to seek the
6  Court's assistance, as provided under the Protective Order, if they are unable to resolve future
7  disputes regarding Additional Protected Material.

Respectfully submitted,

Dated: July 29, 2010                MORGAN, LEWIS & BOCKIUS LLP


By /s/ Brett M. Schuman
    Brett M. Schuman

*Attorneys for Plaintiffs and Counterdefendants,*
OPENWAVE SYSTEMS, INC. AND
OPENWAVE SYSTEMS (ROI) LTD.


Dated: July 29, 2010                QUINN EMANUEL URQUHART & SULLIVAN, LLP


By /s/ Evette D. Pennypacker
    Evette D. Pennypacker

*Attorneys for Defendants and Counterclaimants,* 724 SOLUTIONS (US) INC. AND 724 SOLUTIONS SOFTWARE INC.

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

DB2/21846053.1                    3                    STIP. AND [PROPOSED] ORDER WITHDRAWING
                                                       MOTION RE: CHETAN SHARMA
                                                       CASE NO. 09-CV-03511 (RS)

1 [PROPOSED] ORDER

2  PURSUANT TO THE ABOVE JOINT STIPULATION (1) Openwave's Motion for
3 Permission to Disclose Protected Material to Chetan Sharma (Dkt. No. 162) is withdrawn and
4 ordered off calendar; and (2) Openwave and 724 Solutions shall meet and confer regarding any
5 request by Openwave to disclose Additional Protected Material to Mr. Sharma.
6 **IT IS SO ORDERED.**

Dated: July 30, 2010

By _____
HON. HOWARD LLOYD
UNITED STATES MAGISTRATE JUDGE

Morgan, Lewis & Bockius LLP
Attorneys At Law
San Francisco

DB2/21846053.1

4

STIP. AND [PROPOSED] ORDER WITHDRAWING
MOTION RE: CHETAN SHARMA
CASE NO. 09-CV-03511 (RS)

**FILER'S ATTESTATION**

I, Ahren C. Hoffman, am the ECF user whose identification and password are being used to file this Stipulation and [Proposed] Order Withdrawing Plaintiffs' Motion for Permission to Disclose Protected Material to Chetan. In compliance with General Order 45.X.B, I hereby attest that Brett M. Schuman and Evette D. Pennypacker concur in this filing.

Dated: July 29, 2010

By /s/ Ahren C. Hoffman
Ahren C. Hoffman
*Attorneys for Plaintiffs and Counterdefendants,* OPENWAVE SYSTEMS, INC. AND OPENWAVE SYSTEMS (ROI) LTD.

MORGAN, LEWIS & BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

DB2/21846053.1

5

STIP. AND [PROPOSED] ORDER WITHDRAWING MOTION RE: CHETAN SHARMA
CASE NO. 09-CV-03511 (RS)