1   DANIEL JOHNSON, JR. (State Bar No. 57409)
    BRETT M. SCHUMAN (State Bar No. 189247)
2   AHREN C. HOFFMAN (State Bar No. 250469)
    RYAN L. SCHER (State Bar No. 244706)
3   MORGAN, LEWIS & BOCKIUS LLP
    One Market, Spear Street Tower
4   San Francisco, California  94105-1126
    Telephone:    415.442.1000
5   Facsimile:    415.442.1001
    E-mail:    djjohnson@morganlewis.com
6   E-mail:    bschuman@morganlewis.com
    E-mail:    ahoffman@morganlewis.com
7   E-mail:    rscher@morganlewis.com

8   Attorneys for Plaintiffs and Counterdefendants,
    OPENWAVE SYSTEMS, INC. and OPENWAVE
9   SYSTEMS (ROI) LTD

10

11                      UNITED STATES DISTRICT COURT

12                     NORTHERN DISTRICT OF CALIFORNIA

13                           SAN JOSE DIVISION

14

15   OPENWAVE SYSTEMS, INC.,                  Case No. 09-CV-03511 (RS, HRL)
     a Delaware corporation, and OPENWAVE
16   SYSTEMS (ROI) LTD., its Republic of      **PLAINTIFFS' NOTICE OF MOTION AND
     Ireland subsidiary,                      MOTION TO COMPEL DEPOSITION OF
17                                            DEFENDANTS 724 SOLUTIONS (US) INC.
                       Plaintiffs,            AND 724 SOLUTIONS SOFTWARE INC.
18                                            PURSUANT TO FED. R. CIV. P. 30(b)(6)**
                 v.
19
     724 SOLUTIONS (US) INC., a Delaware
20   corporation, and 724 SOLUTIONS          Date:        September 7, 2010
     SOFTWARE INC., a Delaware               Time:        10:00 a.m.
21   corporation,                            Location:    Courtroom 2, 5th Floor
                                             Judge:       The Honorable Howard Lloyd
22                     Defendants.

23   AND RELATED COUNTERCLAIMS

24

25

26

27

28

MORGAN, LEWIS &
  BOCKIUS LLP
 ATTORNEYS AT LAW
  SAN FRANCISCO

DB2/21849788.1

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE THAT on September 7, 2010 at 10:00 a.m., in Courtroom 2, 5th floor, before the Honorable Howard Lloyd, located at 280 South 1st Street, San Jose, California, 95113, or as soon thereafter as counsel may be heard, plaintiffs and counterdefendants Openwave Systems, Inc. and Openwave Systems (ROI) Ltd. ("Openwave") will and hereby do move the Court for an order compelling the deposition of defendants 724 Solutions (US) Inc. and 724 Solutions Software Inc. (together, "724 Solutions") pursuant to Rules 30(b)(6) and 37(a)(3)(B)(ii) of the Federal Rules of Civil Procedure.

This motion is based on this Notice of Motion and Motion, the Memorandum of Points and Authorities attached hereto, the Declaration of Ryan L. Scher filed herewith, the Court's files and records in this case, and upon such other matters as may be presented to the Court before or at the time of the hearing.

Dated: August 3, 2010                    MORGAN, LEWIS & BOCKIUS LLP


                                         By /s/ Ryan L. Scher
                                            Ryan L. Scher

                                         Attorneys for OPENWAVE SYSTEMS, INC.
                                         and OPENWAVE (ROI) LTD.

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

DB2/21849788.1                              1                    CASE NO. 09-CV-03511 (RS, HRL)
NOTICE OF MOT. AND MOT. TO COMPEL DEPO. OF DEFENDANTS PURSUANT TO FRCP 30(b)(6)

## I.     INTRODUCTION.

Plaintiffs Openwave Systems, Inc. and Openwave Systems (ROI) Ltd. (together, "Openwave") properly served a deposition notice on 724 Solutions (US) Inc. and 724 Solutions Software Inc. (together, "724 Solutions") on April 7, 2010.  In early April, 724 Solutions' former counsel agreed to produce two corporate designees for deposition in May 2010.  Later that month, 724 Solutions' former counsel was disqualified and the corporate depositions were thus taken off-calendar.  Openwave has attempted to reschedule these depositions with 724 Solutions' substitute counsel since <u>May</u>, but 724 Solutions' substitute counsel refuses to do so.  724 Solutions' delay tactics are transparent and inappropriate.  724 Solutions should be compelled to designate and produce an appropriate 30(b)(6) witness or witnesses for deposition within five days of the Court's ruling on this motion.

## II.     BACKGROUND AND MEET AND CONFER EFFORTS.

On March 16, 2010, Openwave's counsel provided 724 Solutions' counsel (Fish & Richardson P.C.) with a copy of Openwave's First Notice of Deposition of 724 Solutions Pursuant to Federal Rule of Civil Procedure 30(b)(6) so that the parties could meet and confer regarding scheduling pursuant to Civil Local Rule 30-1.  Decl. of Ryan L. Scher in Supp. of Plaintiffs' Mot, to Compel ("Scher Decl.") ¶ 2, Ex. A.  The parties met and conferred regarding the deposition topics as well as scheduling on April 7, 2010.  Scher Decl. ¶ 3, Ex. B.  Later that day, Openwave formally served its 30(b)(6) deposition notice on 724 Solutions' counsel by hand. Scher Decl. ¶ 4, Ex. C.  724 Solutions then provided Openwave with dates for the corporate deposition as follows: "724 Solutions will make available Mr. Ian Pattison for topics 7, 9, 10, 11, 12, 14, and 19 (with respect to the 'nature and location' of documents bearing on the aforementioned topics) on May 13 or 14 in Atlanta . . . .  724 Solutions will also provide Mr. John Sims as its designee for the remaining topics.  Mr. Sims has availability to appear for deposition at our offices in Redwood City on any of May 11, 12, 13, 14, 26, 27 or 28."  Scher Decl. ¶ 5, Ex. D.

On April 22, 2010, the Court (Judge Seeborg) issued its Order Granting Motion to Disqualify Counsel, thereby disqualifying Fish & Richardson from its representation of 724

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

DB2/21849788.1

CASE NO. 09-CV-03511 (RS, HRL)

NOTICE OF MOT. AND MOT. TO COMPEL DEPO. OF DEFENDANTS PURSUANT TO FRCP 30(b)(6)

1    Solutions in this matter. Dkt. No. 167. On April 26, 2010, 724 Solutions' disqualified counsel

2    informed Openwave's counsel that "724 Solutions is in the process of selecting new counsel.

3    Once selected, new counsel will work with you to reset the discovery dates (including

4    depositions) . . . ." Scher Decl. ¶ 6, Ex. E (parenthetical in original).

5          On May 21, 2010, Quinn Emanuel Urqhart & Sullivan, LLP substituted as counsel for 724

6    Solutions. Dkt. No. 181. On May 24, 2010, Openwave's counsel asked 724 Solutions substitute

7    to reschedule the 30(b)(6) depositions "as soon as practicable." Scher Decl. ¶ 7, Ex. F. 724

8    Solutions' substitute counsel asked to defer any discussions regarding the rescheduling until after

9    724 Solutions supplemented its document production. Scher Decl. ¶ 8, Ex. G. On May 28, 2010,

10   the parties met and conferred regarding various discovery issues including, but not limited to,

11   Openwave's request that the 30(b)(6) depositions be rescheduled. Scher Decl. ¶ 9.

12         Seven weeks passed, and 724 Solutions still failed to provide Openwave with new dates

13   for the 30(b)(6) depositions. On July 19, 2010, Openwave's counsel again asked 724 Solutions'

14   counsel to "provide dates between August 12 and August 18 for the FRCP 30(b)(6) deposition

15   724 Solutions has repeatedly asked us to postpone." Scher Decl. ¶ 10, Ex. H. 724 Solutions'

16   counsel failed to respond to this request. On July 30, 2010, Openwave again asked 724

17   Solutions' counsel for dates. Scher Decl. ¶ 11, Ex. I. 724 Solutions' counsel now contends that

18   because "some key folks at our client are traveling," it cannot provide Openwave with deposition

19   dates or corporate designees. Scher Decl. ¶ 12, Ex. J.

20         In short, after months of repeated requests from Openwave, 724 Solutions' substitute

21   counsel has failed to provide Openwave with new dates for the previously-scheduled 30(b)(6)

22   depositions of 724 Solutions.

23   ## III.   <u>OPENWAVE IS ENTITLED TO TAKE 724 SOLUTIONS' CORPORATE DEPOSITION.</u>

24         Openwave is entitled to "obtain discovery regarding any nonprivileged matter that is

25   relevant to any party's claim or defense . . . . For good cause, the court may order discovery of

26   any matter relevant to the subject matter involved in the action." Fed. R. Civ. P. 26(b)(1)

27   Pursuant to Rule 30 of the Federal Rules of Civil Procedure, a "party may, by oral questions,

28

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

DB2/21849788.1                    2                    CASE NO. 09-CV-03511 (RS, HRL)

NOTICE OF MOT. AND MOT. TO COMPEL DEPO. OF DEFENDANTS PURSUANT TO FRCP 30(b)(6)

1  depose any person, including a party, without leave of court . . . ." Fed. R. Civ. P. 30(a)(1).

2  Where the named deponent is an entity, the entity "<u>must then designate</u> one or more officers,

3  directors, or managing agents, or designate other persons who consent to testify on its behalf,"

4  and the "persons designated must testify about information known or reasonably available to the

5  organization." *Id.* at 30(b)(6) (emphasis added).

6      Openwave served a valid 30(b)(6) deposition notice on 724 Solutions on April 7, 2010.

7  Scher Decl. ¶ 4, Ex. C.  724 Solutions' former counsel properly designated two corporate

8  witnesses to testify on 724 Solutions' behalf regarding each of the topics named in the deposition

9  notice.  Scher Decl. ¶ 5, Ex. D.  724 Solutions' current counsel, however, refuses to designate a

10  corporate witness and refuses to reschedule the deposition.  Pursuant to Rule 37(a)(3)(B)(ii), this

11  Court should compel 724 Solutions "to make a designation under Rule 30(b)(6)."  Fed. R. Civ. P.

12  37(a)(3)(B)(ii).

13  **IV.**    <u>**CONCLUSION.**</u>

14      For all the foregoing reasons, this Court should order 724 Solutions to designate and

15  produce an appropriate Rule 30(b)(6) witness or witnesses for deposition within five days of the

16  Court's ruling on this motion.

17

18  Dated: August 3, 2010        MORGAN, LEWIS & BOCKIUS LLP

19

20      By /s/ Ryan L. Scher

21        Ryan L. Scher

22      Attorneys for Plaintiff and Counterdefendant,
    OPENWAVE SYSTEMS, INC. and Plaintiff

23      OPENWAVE (ROI) LTD.

24

25

26

27

28

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

DB2/21849788.1        3        CASE NO. 09-CV-03511 (RS, HRL)
NOTICE OF MOT. AND MOT. TO COMPEL DEPO. OF DEFENDANTS PURSUANT TO FRCP 30(b)(6)