*E-Filed 8/13/10*

| | |
|---|---|
| DANIEL JOHNSON, JR. (SBN 57409)<br>BRETT M. SCHUMAN (SBN 189247)<br>AHREN C. HOFFMAN (SBN 250469)<br>RYAN L. SCHER (SBN 244706)<br>MORGAN, LEWIS & BOCKIUS LLP<br>One Market, Spear Street Tower<br>San Francisco, CA  94105-1126<br>Tel:  415.442.1000<br>Fax:  415.442.1001<br>E-mail:  djjohnson@morganlewis.com<br>E-mail:  bschuman@morganlewis.com<br>E-mail:  ahoffman@morganlewis.com<br>E-mail:  rscher@morganlewis.com<br><br>Attorneys for Plaintiffs and Counterdefendants,<br>OPENWAVE SYSTEMS, INC. and<br>OPENWAVE SYSTEMS (ROI) LTD. | CLAUDE M. STERN (SBN 96737)<br>EVETTE D. PENNYPACKER (SBN 203515)<br>RAY ZADO (SBN 208501)<br>THAI LE (SBN 267460)<br>QUINN EMANUEL URQUHART & SULLIVAN, LLP<br>555 Twin Dolphin Drive, 5th Floor<br>Redwood Shores, California 94065<br>Tel: 650.801.5000<br>Fax: 650.801.5100<br>E-mail:  claudestern@quinnemanuel.com<br>E-mail:  evettepennypacker@quinnemanuel.com<br>E-mail:  rayzado@quinnemanuel.com<br>E-mail:  thaile@quinnemanuel.com<br><br>JESSE GERACI (Bar No. 259755)<br>QUINN EMANUEL URQUHART & SULLIVAN, LLP<br>50 California Street, 22nd Floor<br>San Francisco, California 94111<br>Tel: 415.875.6600<br>Fax: 415.875.6700<br>E-mail:  jessegeraci@quinnemanuel.com<br><br>*Attorneys for Defendants and Counterclaimants*<br>724 SOLUTIONS (US) INC. and 724 SOLUTIONS SOFTWARE INC. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| OPENWAVE SYSTEMS, INC.,<br>a Delaware corporation, and<br>OPENWAVE SYSTEMS (ROI) LTD., its Republic of Ireland subsidiary,<br><br>          Plaintiffs,<br><br>          v.<br><br>724 SOLUTIONS (US) INC., a Delaware corporation, and 724 SOLUTIONS SOFTWARE INC., a Delaware corporation,<br><br>          Defendants.<br><br>AND RELATED COUNTERCLAIMS | Case No. 09-CV-03511 (RS, HRL)<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER CONTINUING TUTORIAL** |

Plaintiffs and Counterdefendants Openwave Systems, Inc. and Openwave Systems (ROI) Ltd. (together, "Openwave"), by and through their undersigned counsel, and Defendants and Counterclaimants 724 Solutions (US) Inc. and 724 Solutions Software Inc. (together, "724 Solutions"), by and through their undersigned counsel, hereby stipulate as follows:

WHEREAS, on June 1, 2010, this Court signed the parties' joint Stipulation and [Proposed] Order Amending Case Schedule, thereby setting the parties' tutorial for October 27, 2010 (Dkt. No. 183);

WHEREAS, the Court is now unavailable on October 27, 2010;

IT IS HEREBY STIPULATED by and between the parties hereto through their respective attorneys of record that the tutorial shall be continued from October 27, 2010 to November 1, 2010.

Respectfully submitted,

Dated: August 13, 2010            MORGAN, LEWIS & BOCKIUS LLP

By /s/ Brett Schuman
   Brett M. Schuman

*Attorneys for Plaintiffs and Counterdefendants,* OPENWAVE SYSTEMS, INC. AND OPENWAVE SYSTEMS (ROI) LTD.

Dated: August 13, 2010            QUINN EMANUEL URQUHART & SULLIVAN, LLP

By /s/ Evette Pennypacker
   Evette D. Pennypacker

*Attorneys for Defendants and Counterclaimants,* 724 SOLUTIONS (US) INC. AND 724 SOLUTIONS SOFTWARE INC.

1

**[PROPOSED] ORDER**

2   The tutorial in the instant case scheduled for October 27, 2010 shall be continued to

3   November 1, 2010 at 10:00 a.m. in Courtroom 3 on the 17th Floor of the United States

4   Courthouse, 450 Golden Gate Avenue, San Francisco.

5   **IT IS SO ORDERED.**

6

7   Dated:    8/13/10

8

9   By _____
       HON. RICHARD SEEBORG
10      UNITED STATES DISTRICT JUDGE

Morgan, Lewis &
Bockius LLP
Attorneys At Law
San Francisco

DB2/21867209.1

2

JOINT STIPULATION AND [PROPOSED] ORDER
CONTINUING TUTORIAL
CASE NO. 09-CV-03511 (CRB, HRL)