1  QUINN EMANUEL URQUHART & SULLIVAN, LLP
     Claude M. Stern (Bar No. 96737)
2    Evette D. Pennypacker (Bar No. 203515)
     Matthew R. Hulse (Bar No. 209490)
3    Thai Le  (Bar No. 267460)
   555 Twin Dolphin Drive, 5th Floor
4  Redwood Shores, California  94065
   Telephone:     (650) 801-5000
5  Facsimile:     (650) 801-5100
   Email: claudestern@quinnemanuel.com
6          evettepennypacker@quinnemanuel.com
           matthulse@quinnemanuel.com
7          thaile@quinnemanuel.com

8  QUINN EMANUEL URQUHART & SULLIVAN, LLP
     Jesse Geraci (Bar No. 259755)
9  50 California Street, 22nd Floor
   San Francisco, California  94111
10 Telephone:     (415) 875-6600
   Facsimile:     (415) 875-6700
11 Email: jessegeraci@quinnemanuel.com

12 *Attorneys for Defendants and Counterclaimants*
   724 Solutions (US), Inc. and
13 724 Solutions Software Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| OPENWAVE SYSTEMS, INC., a Delaware corporation, and OPENWAVE SYSTEMS (ROI) LTD., its Republic of Ireland subsidiary,<br><br>    *Plaintiffs*,<br><br>    v.<br><br>724 SOLUTIONS (US) INC., a Delaware corporation, and 724 SOLUTIONS SOFTWARE INC., a Delaware corporation,<br><br>    *Defendants*.<br><br>AND RELATED COUNTERCLAIMS | Case No. 09-CV-03511 (RS, HRL)<br><br>**NOTICE OF CHANGE IN COUNSEL** |

1  TO THE COURT AND ALL PARTIES AND THEIR COUNSEL OF RECORD:

2      PLEASE TAKE NOTICE that the following attorney has ceased to be involved in the

3  present action and his name should be removed from the service list:

4
        Jesse Geraci
        jessegeraci@quinnemanuel.com
5         Quinn Emanuel Urquhart & Sullivan, LLP
        50 California St, 22nd Floor
6         San Francisco, California 94111
        Telephone:   (415) 875-6600
7         Facsimile:    (415) 875-6700

8
9 DATED: August 13, 2010            Respectfully submitted,

10                                             QUINN EMANUEL URQUHART & SULLIVAN, LLP

11
12                                             By: */s/ Jesse Geraci*
                                                Jesse Geraci
13                                                 *Attorneys for Defendants and Counterclaimants*
                                                724 Solutions (US) Inc. and 724 Solutions
14                                                 Software Inc.

15

16

17

18

19

20

21

22

23

24

25

26

27

28

-1-                Case No. 09-CV-03511 (RS, HRL)
NOTICE OF CHANGE IN COUNSEL