| | |
|---|---|
| DANIEL JOHNSON, JR. (SBN 57409)<br>BRETT M. SCHUMAN (SBN 189247)<br>AHREN C. HOFFMAN (SBN 250469)<br>RYAN L. SCHER (SBN 244706)<br>MORGAN, LEWIS & BOCKIUS LLP<br>One Market, Spear Street Tower<br>San Francisco, CA 94105-1126<br>Tel: 415.442.1000<br>Fax: 415.442.1001<br>E-mail: djjohnson@morganlewis.com<br>E-mail: bschuman@morganlewis.com<br>E-mail: ahoffman@morganlewis.com<br>E-mail: rscher@morganlewis.com<br><br>Attorneys for Plaintiffs and Counterdefendants,<br>OPENWAVE SYSTEMS, INC. and<br>OPENWAVE SYSTEMS (ROI) LTD. | CLAUDE M. STERN (SBN 96737)<br>EVETTE D. PENNYPACKER (SBN 203515)<br>MATTHEW R. HULSE (SBN 209490)<br>THAI LE (SBN 267460)<br>QUINN EMANUEL URQUHART & SULLIVAN, LLP<br>555 Twin Dolphin Drive, 5th Floor<br>Redwood Shores, California 94065<br>Tel: 650.801.5000<br>Fax: 650.801.5100<br>E-mail: claudestern@quinnemanuel.com<br>E-mail: evettepennypacker@quinnemanuel.com<br>E-mail: matthulse@quinnemanuel.com<br>E-mail: thaile@quinnemanuel.com<br><br>JESSE GERACI (Bar No. 259755)<br>QUINN EMANUEL URQUHART & SULLIVAN, LLP<br>50 California Street, 22nd Floor<br>San Francisco, California 94111<br>Tel: 415.875.6600<br>Fax: 415.875.6700<br>E-mail: jessegeraci@quinnemanuel.com<br><br>*Attorneys for Defendants and Counterclaimants*<br>724 SOLUTIONS (US) INC. and 724 SOLUTIONS SOFTWARE INC. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| OPENWAVE SYSTEMS, INC.,<br>a Delaware corporation, and<br>OPENWAVE SYSTEMS (ROI) LTD., its<br>Republic of Ireland subsidiary,<br><br>     Plaintiffs,<br><br>     v.<br><br>724 SOLUTIONS (US) INC., a Delaware corporation, and 724 SOLUTIONS SOFTWARE INC., a Delaware corporation,<br><br>     Defendants.<br><br>AND RELATED COUNTERCLAIMS | Case No. 09-CV-03511 (RS, HRL)<br><br>**JOINT CLAIM CONSTRUCTION AND PREHEARING STATEMENT PURSUANT TO PATENT LOCAL RULE 4-3** |

MORGAN, LEWIS & BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

DB2/21871709.1

JOINT CLAIM CONSTRUCTION
STATEMENT; CASE NO. 09-CV-3511

Plaintiffs and Counterdefendants Openwave Systems, Inc. and Openwave Systems (ROI) Ltd. (together, "Openwave"), by and through their undersigned counsel, and Defendants and Counterclaimants 724 Solutions (US) Inc. and 724 Solutions Software Inc. (together, "724 Solutions") submit this Joint Claim Construction and Prehearing Statement ("Joint Statement") pursuant to Patent L.R. 4-3 of the Northern District of California.

## I. PATENT LOCAL RULE 4-3(a): AGREED CLAIM CONSTRUCTIONS

The constructions of terms from U.S. Patent Nos. 6,430,409 (the "'409 Patent") 6,466,783 (the "'783 Patent"), 6,742,022 (the "'022 Patent"), 7,054,626 (the "'626 Patent"), 6,065,120 (the "'120 Patent"), 6,119,167 (the "'167 Patent"), 6,247,048 (the "'048 Patent"), and 6,822,954 (the "'954 Patent")) on which the parties agree are set forth in Exhibit A.

## II. PATENT LOCAL RULE 4-3(b): PROPOSED CONSTRUCTIONS OF DISPUTED PHRASES

Exhibit B contains each parties' proposed construction of each disputed term, together with an identification of all supporting evidence known to the party on which it intends to rely either to support its construction or to oppose the other party's construction.

Exhibit C contains each parties' proposed construction of each claim term governed by 35 U.S.C. §112, ¶6 (means-plus-function), together with an identification of all supporting evidence known to the party on which it intends to rely either to support its construction or to oppose the other party's construction.

While 724 Solutions has offered proposed constructions for each of the means-plus-function terms identified by the parties, Openwave notes that Patent L.R. 4-2 requires only the identification of the structure(s), act(s), or materials(s) corresponding to the function of each term that the parties identified as being governed by 35 U.S.C. Sec. 112(6). Furthermore, Openwave notes that Patent L.R. 4-3 does not mention including means-plus-function claim function or structure identifications in the Joint Claim Construction and Prehearing Statement. Nonetheless, the parties have agreed to include an exhibit (Exhibit C) apprising the court of the parties' respective positions on the means-plus-function claims and that, consistent with the above, Openwave does not expressly or impliedly agree either with 724 Solutions' descriptions of

function or its identifications of structure for the asserted means-plus-function claims.

### III. PATENT LOCAL RULE 4-3(C): IDENTIFICATION OF MOST SIGNIFICANT TERMS

The parties agree the following terms are most significant to the resolution of this case:

- '409: "identifying a resource associated with said server . . ." (claim 45, 85)
- '954: "context manager acting as a user on the stack" (claims 1, 8-11, 13-19, 21, 22, 24-31, 37, 38, 41 and 42)*

Openwave further identifies the following terms that it believes are most significant to the resolution of this case:

- '022: "link server information" (claims 8 & 22)
- '048: "client device" (claims 1, 2, 3, 13, 14, 15)
- '120: "rendezvous" (claims 1, 4-7, and 32)
- '954: "auxiliary service" (claim 1)

724 Solutions further identifies the following terms that it believes are most significant to the resolution of this case:

- '626/'409: "card deck" ('626 at claims 1, 15, 16, 17, 24, 40, 41, 42, 46; '409 at claim 85)
- '022: "service request" (claims 8, 9, 22, & 23)*
- '167: "communicates with the source or sources and destination or destinations" (claims 6, 8, 9, 10, 12, 13)*
- '783: "second communication protocol" (claims 10, 17, 24, and 25)

NOTE: Terms marked with an asterisk are terms that 724 Solutions believes are potentially claim dispositive.

### IV. PATENT LOCAL RULE 4-3(d): ANTICIPATED LENGTH OF CLAIM CONSTRUCTION HEARING

Openwave and 724 Solutions anticipate they will each require 120 minutes at the claim construction hearing, for a total hearing length of 4 hours.

### V. PATENT LOCAL RULE 4-3(e): PROPOSED WITNESSES AND SUMMARY OF PROPOSED TESTIMONY

**A. Openwave's Proposed Witnesses And Summary Of Proposed Testimony**

At this time Openwave does not intend to call any witnesses at the Claim Construction Hearing. However, Openwave reserves the right to present rebuttal witnesses and testimony, if necessary, in response to positions taken by 724 Solutions between now and the time of the claim construction hearing or in response to any testimony offered by 724 Solutions.

**B. 724 Solutions' Proposed Witnesses And Summary Of Proposed Testimony**

At this time 724 Solutions does not intend to call any witnesses at the claim construction hearing. However, 724 Solutions reserves the right to present rebuttal witnesses and testimony, if necessary, in response to positions taken by Openwave between now and the time of the claim construction hearing or in response to any testimony offered by Openwave.

Respectfully submitted,

Dated: August 13, 2010                MORGAN, LEWIS & BOCKIUS LLP


                                      By /s/
                                      Brett M. Schuman

                                      *Attorneys for Plaintiffs and Counterdefendants,*
                                      OPENWAVE SYSTEMS, INC. AND
                                      OPENWAVE SYSTEMS (ROI) LTD.


Dated: August 13, 2010                QUINN EMANUEL URQUHART &
                                      SULLIVAN, LLP


                                      By /s/
                                      Matthew R. Hulse

                                      *Attorneys for Defendants and
                                      Counterclaimants,* 724 SOLUTIONS (US)
                                      INC. AND 724 SOLUTIONS SOFTWARE
                                      INC.

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

DB2/21871709.1                            4          JOINT CLAIM CONSTRUCTION
                                                     STATEMENT; CASE NO. 09-CV-3511

**FILER'S ATTESTATION**

I, Ahren C. Hoffman, am the ECF user whose identification and password are being used to file this Joint Claim Construction and Prehearing Statement. In compliance with General Order 45.X.B, I hereby attest that Brett M. Schuman and Matthew R. Hulse concur in this filing.

Dated: August 13, 2010

By /s/
Ahren C. Hoffman
*Attorneys for Plaintiffs and Counterdefendants,* OPENWAVE SYSTEMS, INC. AND OPENWAVE SYSTEMS (ROI) LTD.