**EXHIBIT A:  PATENT L.R. 4-3(a) AGREED CLAIM CONSTRUCTIONS**

| Patent | Claim Term | Construction |
|---|---|---|
| '626 (claims 1, 2, 4, 6, 8, 11, 24, 25, 27, 28, 30, 33, 36, 46), '783 (claims 1, 10, 13, 16, 23, 24, 25) | "wireless data network" / "wireless network" | a telecommunications network where devices on the network are capable of communicating with each other without wires |
| '783 (claims 1, 10, 13, 15, 16, 17, 23, 24, 25) | "[communication] protocol" | a configurable set of rules conforming to a standard (e.g., HTTP) that two or more entities use to communicate |
| '783 (claims 1, 9, 10, 17, 23, 24, 25) | "device identifier" / "device identification" | An address (e.g., a phone number or IP address) that is associated with a particular device and further associated with a separate subscriber identification authorized by the service provider |
| '022 (claims 8, 14, 22) | "link server device" | A piece of computing hardware that is configured to execute a function or provide a service in connection with a service request from an interactive communication device |
| '954 (claims 1, 37) | "gateway comprising a stack" / "a gateway having a stack" | an application that is built on top of a set of standard communication protocols |
| '954 (claims 1, 37) | "bearer adaptation layer" | an application that is configured to communicate with a bearer network |

**EXHIBIT A: PATENT L.R. 4-3(a) AGREED CLAIM CONSTRUCTIONS**

|  |  |  |
|---|---|---|
| '167 (claim 11) | "wherein the data DA1 is a more recent version of the earlier pushed data" | data from same source to same destination or destinations, sent earlier in time |
| '120 | "coupled between the wireless network and the Internet" (claims 1 and 32) / "coupled between a wireless data network and a landline data network in the data network" (claim 5) | "[c]onnected to and in communication with devices on both the wireless network and the landline network." |
| '626 | "a first communication interface to communicate with a mobile device over a wireless network" (Claim 24) | "[a] module on a server that enables a server to communicate over a wireless network" |