**EXHIBIT B: PATENT L.R. 4-3(b) PROPOSED CONSTRUCTIONS OF DISPUTED TERMS**

| Patent | Proposed Term (Claim) | Openwave's Proposed Claim Construction & Supporting Evidence Disclosed Pursuant To P.L.R. 4-2 (Unless Otherwise Noted) | 724 Solutions' Proposed Claim Construction & Supporting Evidence |
|---|---|---|---|
| '409 | "[identifying] a resource associated with said server . . ." (claim 45, 85) | identifying an application using a URL either on the server or on another server communicatively connected to the server<br><br>Specification at 4:21-35, 4:42-46, 4:52-5:7, 5:46-55, 6:44-48, 8:24-42, 9:19-67, & Fig. 1, 10:1-9, 11:53-61, 15:14-33, 19:1-7, 19:1-7, 19:8-39, 19:51-20:11 & Fig. 5, 27:1-18, 36:58-64, 37:35-39:11 & Figs. 12, 13. | [identifying] an object (*e.g.*, a webpage, application, email, message) that is identified by a resource locator with an address pointing to a location on said server.<br><br>Intrinsic Evidence:<br>Abstract, Col. 4, ll. 24-38; Col. 4, ll. 41-45; Col. 4, l. 52 – col. 5, l. 7; Col. 6, ll. 8-16; Col. 6, ll. 20-25; Col. 6, ll. 28-33; Col. 6, ll. 44-48; Col. 6, ll. 60-67; Col. 10, ll. 29-39; Col. 12, ll. 47-51; Col. 13, ll. 6-12; Col. 14, l. 62 – col. 15, l. 3; Col. 15, ll. 14-33; Col. 15, ll. 37-44; Col. 16, ll. 17-30 Col. 17, ll. 7-16; Col. 17, ll. 49-55; Col. 18, ll. 39-45; Col. 19, ll. 16-21; Col. 48, l. 18 – col. 54, l. 53<br><br>Extrinsic Evidence:<br>Openwave's production documents bates labeled: OPENWAVE00000190-247 OPENWAVE00000248-522 OPENWAVE00000523-852 OPENWAVE00000853-1004 OPENWAVE00001005-1157 OPENWAVE00001158-1175 OPENWAVE00001176-1328 OPENWAVE00001329-1480 OPENWAVE00001708-2293 OPENWAVE00002294-2757 Oxford Advanced Learner's Dictionary of |

**EXHIBIT B: PATENT L.R. 4-3(b) PROPOSED CONSTRUCTIONS OF DISPUTED TERMS**

| | | | Current English, 6th edition (2000), 724S2242701-2707; American Heritage Dictionary, 4th edition (2000), 724S2242623-2626; OPENWAVE00000190-247 OPENWAVE00000248-522 OPENWAVE00000523-852 OPENWAVE00000853-1004 OPENWAVE00001005-1157 OPENWAVE00001158-1175 OPENWAVE00001176-1328 OPENWAVE00001329-1480 OPENWAVE00001708-2293 OPENWAVE00002758-3025 OPENWAVE00003026-3406 OPENWAVE00003407-3573 OPENWAVE00003574-3752 OPENWAVE00003753-4103 OPENWAVE00004104-4248 WAP Forum Specifications, including 724S2241730-1976, 1984-2564, 2627-2646, 2656-2700, 2776-8807 (hereinafter the "WAP Forum Specifications"). WAP 2.0 White Paper, OPENWAVE00013192-206 |
|---|---|---|---|
| '409 | "generating in said server a response" (claims 45, 85) | performing the operation(s) requested by the client and preparing the response for delivery to the client<br><br>Specification at 4:42-46, 5:65-6:16, 6:44-48, 6:49-7:5, 10:39-52, 12:10-17, 14:21-22, 15:14-25, 15:42-51, 17:13-19, 18:17-26, 18:39-47, 19:8-39, 22:41-61 & Fig. 7, 26:63-27:25, 38:43-39:36 & | The same server that receives the request creates the response transmitted to the mobile phone.<br><br>Intrinsic Evidence:<br>Col. 4, ll. 42-46; Col. 13, ll. 6-1; Col. 48, l. 18 – col. 54, l. 53<br><br>Extrinsic Evidence: |

**EXHIBIT B:  PATENT L.R. 4-3(b) PROPOSED CONSTRUCTIONS OF DISPUTED TERMS**

| | | Figs. 12, 13. | Openwave's production documents bates labeled:  OPENWAVE00000190-247 OPENWAVE00000248-522 OPENWAVE00000523-852 OPENWAVE00000853-1004 OPENWAVE00001005-1157 OPENWAVE00001158-1175 OPENWAVE00001176-1328 OPENWAVE00001329-1480 OPENWAVE00001708-2293 OPENWAVE00002758-3025 OPENWAVE00003026-3406 OPENWAVE00003407-3573 OPENWAVE00003574-3752 OPENWAVE00003753-4103 OPENWAVE00004104-4248 WAP Forum Specifications WAP 2.0 White Paper, OPENWAVE00013192-206 |
|---|---|---|---|
| '409 | "said request including . . . identification information" (claims 45, 85) | the request received by the server contains information regarding the source of the request<br><br>Specification at 37:47-38:33 & Fig. 13<br><br>**Revised definition offered during meet and confer:**<br>a request created by the mobile phone that includes information that identifies the user or mobile phone | The message created by the client module in a mobile phone includes information that identifies the user or wireless telephone.<br><br>Intrinsic Evidence:<br>Col. 49, ll. 36-40; Col. 51, ll. 48-52; Col. 52, ll. 26-31; Col. 53, ll. 5-9; Col. 54, ll. 35-39<br><br>Extrinsic Evidence:<br>Openwave's production documents bates labeled:  OPENWAVE00000190-247 OPENWAVE00000248-522 OPENWAVE00000523-852 OPENWAVE00000853-1004 |

**EXHIBIT B:  PATENT L.R. 4-3(b) PROPOSED CONSTRUCTIONS OF DISPUTED TERMS**

| | | | OPENWAVE00001005-1157<br>OPENWAVE00001158-1175<br>OPENWAVE00001176-1328<br>OPENWAVE00001329-1480<br>OPENWAVE00001708-2293<br>OPENWAVE00002758-3025<br>OPENWAVE00003026-3406<br>OPENWAVE00003407-3573<br>OPENWAVE00003574-3752<br>OPENWAVE00003753-4103<br>OPENWAVE00004104-4248 |
|---|---|---|---|
| '409 | "processing said identification information (claims 45, 85) | analyzing identification information for reasons, *e.g.*, access control, beyond mere authentication of the source of the request<br><br>Specification at 15:34-41, 20:3-11, 37:36-38:31 & Figs. 12, 13, 39:29-36.<br><br>**Revised definition offered during meet and confer:**<br>determining whether a mobile telephone has sufficient rights to perform a transaction and, if so, permitting the transaction and logging it for billing or other purposes | Indefinite.<br><br>But if the court decides to construe this claim language, it should be defined to mean, "performing a valid request check, including a validation of whether the client module is authorized to access the server specified in the resource locator."<br><br>Intrinsic Evidence:<br>Col. 37, l. 56 – col. 38, l. 42;<br>Col. 48, l. 18 – col. 54, l. 53 |
| '409 | "card deck" (claim 85) | data used by the wireless communication device, *e.g.*, mobile phone, to generate one or more screens<br><br>Specification at 12:3-17, 21:44-22:31.<br><br>**Revised definition offered during meet and confer:** | A group of cards, wherein a card includes the information (*e.g.*, PIDL, HDML, WML) required to generate a screen display of a menu of items.<br><br>Intrinsic Evidence:<br>Fig. 2F; Col. 12, ll. 15-17; Col. 12, ll. 18-46; Col. 15, ll. 4-6; Col. 22, ll. 19-31; Col. |

**EXHIBIT B:  PATENT L.R. 4-3(b) PROPOSED CONSTRUCTIONS OF DISPUTED TERMS**

| | | | |
|---|---|---|---|
| | | A group of cards, wherein a card contains information to be presented to a user or instructions for collecting user input or both and is written in a mark-up language appropriate for wireless devices (e.g., PIDL, HDML, WML, XML, XHTML) | 22, ll. 37-60; Col. 48, l. 18 – col. 54, l. 53<br><br>Extrinsic Evidence:<br>Openwave's production documents bates labeled: OPENWAVE00000190-247<br>OPENWAVE00000248-522<br>OPENWAVE00000523-852<br>OPENWAVE00000853-1004<br>OPENWAVE00001005-1157<br>OPENWAVE00001158-1175<br>OPENWAVE00001176-1328<br>OPENWAVE00001329-1480<br>OPENWAVE00001538-1591<br>OPENWAVE00001708-2293<br>OPENWAVE00002758-3025<br>OPENWAVE00003026-3406<br>OPENWAVE00003407-3573<br>OPENWAVE00003574-3752<br>OPENWAVE00003753-4103<br>OPENWAVE00004104-4248<br>OPENWAVE00009169-9243<br>OPENWAVE00006720-6782<br>OPENWAVE00008671-8672<br>WAP Forum Specifications<br>WAP 2.0 White Paper,<br>OPENWAVE00013192-206 |
| '409 | receiving a request . . . from a client module executing in said wireless mobile telephone" (Claims 45, 85) | self-explanatory; no construction required<br>or<br>the server receives a request for a resource from the mobile phone<br><br>Specification at 4:33-41, 19:15-20, 26:39-65 & Fig. 8A. | Receiving a request message created by the client module of said wireless mobile telephone at said server over the wireless two-way data communication network.<br><br>Intrinsic Evidence:<br>Fig. 7; Col. 4, ll. 33-37; Col. 4, ll. 46-47; Col. 4, l. 65 – col. 5, l. 7; Col. 5, ll. 20-23 Col. 5, ll. 56-58; Col. 6, ll. 21-33; Col. 6, |

**EXHIBIT B: PATENT L.R. 4-3(b) PROPOSED CONSTRUCTIONS OF DISPUTED TERMS**

| | | | |
|---|---|---|---|
| | | | l. 49 – col. 7, l. 5; Col. 48, l. 18 – col. 54, l. 53<br><br>Extrinsic Evidence:<br>Openwave's production documents bates labeled: OPENWAVE00000190-247<br>OPENWAVE00000248-522<br>OPENWAVE00000523-852<br>OPENWAVE00000853-1004<br>OPENWAVE00001005-1157<br>OPENWAVE00001158-1175<br>OPENWAVE00001176-1328<br>OPENWAVE00001329-1480<br>OPENWAVE00001708-2293<br>OPENWAVE00002758-3025<br>OPENWAVE00003026-3406<br>OPENWAVE00003407-3573<br>OPENWAVE00003574-3752<br>OPENWAVE00003753-4103<br>OPENWAVE00004104-4248 |
| '626 | "network node" (claims 1, 4, 6, 7, 8, 9, 10, 11, 16, 17, 19, 20, 21) | a server<br><br>Specification at 4:33-41, 5:63-6:15, 6:49-67, 8:9-22 & Fig. 1, 8:41-63, 11:49-57, 14:56-64, 15:37-58, 16:25-17:24, 19:1-33, 19:45-20:3 & Fig. 5, 26:38-27:10 & Fig. 8A, 37:36-39:54 & Fig. 13.<br><br>**Revised definition offered during meet and confer:**<br>a server communicatively connected to the wireless and wireline network | Indefinite.<br><br>But if the court decides to construe this claim language, it should be defined to mean, "physical interface between the wireless and wireline network that receives the request from the mobile device over the wireless network."<br><br>Intrinsic Evidence:<br>Col. 59, l. 22 – col. 62, l. 51<br><br>Extrinsic Evidence:<br>Openwave's production documents bates |

**EXHIBIT B:  PATENT L.R. 4-3(b) PROPOSED CONSTRUCTIONS OF DISPUTED TERMS**

| | | | |
|---|---|---|---|
| | | | labeled: OPENWAVE00000190-247 OPENWAVE00000248-522 OPENWAVE00000523-852 OPENWAVE00000853-1004 OPENWAVE00001005-1157 OPENWAVE00001158-1175 OPENWAVE00001176-1328 OPENWAVE00001329-1480 |
| '626 | "coupled to [the/a] wireless network" (claims 1, 46) | communicatively connected with the/a wireless network  Specification at Fig. 1, 8:41-63, 19:45-57 & Fig. 5, 24:34-39, 26:16-37 & Fig. 8A  **Revised definition offered during meet and confer:** connected to and in communication with the wireless network | Connected to the wireless network.  Intrinsic Evidence: Col. 6, ll. 5-8; Col. 6, ll. 16-20; Col. 59, l. 22 – col. 62, l. 51  Extrinsic Evidence: Openwave's production documents bates labeled: OPENWAVE00000190-247 OPENWAVE00000248-522 OPENWAVE00000523-852 OPENWAVE00000853-1004 OPENWAVE00001005-1157 OPENWAVE00001158-1175 OPENWAVE00001176-1328 OPENWAVE00001329-1480 OPENWAVE00002294-2757 OPENWAVE00002758-3025 OPENWAVE00003026-3406 OPENWAVE00003407-3573 OPENWAVE00003574-3752 OPENWAVE00003753-4103 OPENWAVE00004104-4248 |
| '626 | "response to the request" (Claims 1, 12, 16, 17, 24, 37, 41, 42, 46) | the processed resource from the network node  Specification at 9:66-10:7, 10:26-36, | A card deck that is dynamically generated upon receipt of the request.  Intrinsic Evidence: |

**EXHIBIT B:  PATENT L.R. 4-3(b) PROPOSED CONSTRUCTIONS OF DISPUTED TERMS**

| | | | |
|---|---|---|---|
| | | 12:6-22 & Fig. 2A, 14:56-64, 15:36-46, 16:25-30, 27:4-10 & Fig. 8A, 39:7-42 & Fig. 13 | Abstract; Col. 11, ll. 49-57; Col. 14, ll. 56-64; Col. 15, ll. 47-50; Col. 18, ll. 10-15 Col. 12, ll. 42-54; Col. 59, l. 22 – col. 62, l. 51 <br><br> Extrinsic Evidence: <br> Openwave's production documents bates labeled: OPENWAVE00000190-247 <br> OPENWAVE00000248-522 <br> OPENWAVE00000523-852 <br> OPENWAVE00000853-1004 <br> OPENWAVE00001005-1157 <br> OPENWAVE00001158-1175 <br> OPENWAVE00001176-1328 <br> OPENWAVE00001329-1480 <br> OPENWAVE00002294-2757 <br> OPENWAVE00002758-3025 <br> OPENWAVE00002954-2969 <br> OPENWAVE00003026-3406 <br> OPENWAVE00003407-3573 <br> OPENWAVE00003574-3752 <br> OPENWAVE00003753-4103 <br> OPENWAVE00004104-4248 <br> OPENWAVE00008671-8672 <br> OPENWAVE00006720-6782 |
| '626 | "processing the resource . . . to make the resource more compatible with the mobile device or the wireless network or both" (claims 1, 24 & 46) | converting requested rich media content internet resource written for a large screen to a format capable of being displayed on a mobile phone, or other thin client device, and/or of using the bandwidth of the wireless network more effectively <br><br> Specification at 11:66-12:34, 14:56-64, 16:25-45, 21:32-22:17, 23:4-43, 24:34- | Indefinite. <br><br> But if the court decides to construe this claim language, it should be defined to mean, "converting the resource into a distilled version (*e.g.*, PIDL to TIL). <br><br> Intrinsic Evidence: <br> Col. 21, ll. 38-43; Col. 27, ll. 4-10; Col. |

**EXHIBIT B:  PATENT L.R. 4-3(b) PROPOSED CONSTRUCTIONS OF DISPUTED TERMS**

| | | | |
|---|---|---|---|
| | | 51, 27:4-10, 39:7-13, 39:22-30, 48:20-56:54, Fig. 13.<br><br>Prosecution history at OPENWAVE00001845-1851.<br><br>**Revised definition offered during meet and confer:**<br>converting the requested rich media resource to a format capable of being displayed on a mobile phone and/or of using the bandwidth of the wireless network more effectively | 39, ll. 10-13; Col. 59, l. 22 – col. 62, l. 51; OPENWAVE00001763-1780 OPENWAVE00001781-1792 |
| '626 | "card deck" (Claims 1, 15, 16, 16, 24, 40, 41, 42, 46) | same as for the '409 patent | A group of cards, wherein a card includes the information (*e.g.*, PIDL, HDML, WML) required to generate a screen display of a menu of items.<br><br>Intrinsic Evidence:<br>Fig. 7; Col. 12, l. 8 – col. 19, l. 50; Col. 48, l. 20 – col. 56, l. 54; Col. 59, l. 22 – col. 62, l. 51; OPENWAVE00001763-1780; OPENWAVE00001781-1792<br><br>Extrinsic Evidence:<br>Openwave's production documents bates labeled: OPENWAVE00000190-247 OPENWAVE00000248-522 OPENWAVE00000523-852 OPENWAVE00000853-1004 OPENWAVE00001005-1157 OPENWAVE00001158-1175 OPENWAVE00001176-1328 |

**EXHIBIT B:  PATENT L.R. 4-3(b) PROPOSED CONSTRUCTIONS OF DISPUTED TERMS**

| | | | |
|---|---|---|---|
| | | | OPENWAVE00001329-1480<br>OPENWAVE00001538-1591<br>OPENWAVE00002294-2757<br>OPENWAVE00002758-3025<br>OPENWAVE00003026-3406<br>OPENWAVE00003407-3573<br>OPENWAVE00003574-3752<br>OPENWAVE00003753-4103<br>OPENWAVE00004104-4248<br>OPENWAVE00008671-8672<br>OPENWAVE00009169-9243<br>OPENWAVE00006720-6782<br>WAP Forum Specifications<br>WAP 2.0 White Paper,<br>OPENWAVE00013192-206 |
| '783 | "visual interface" (claims 1, 10, 17, 24) | This claim term is not limiting and, as such, does not need to be construed.<br><br>To the extent the Court finds this claim term needs to be construed, Openwave contends it means "a microbrowser."<br><br>Specification at 1:13-19, 2:26-33, 8:9-26, 9:8-10:14, Figs. 2B, 4, 5A-F, 10:52-67, 11:1-15. | An interactive screen display.<br><br>Intrinsic Evidence:<br>Abstract, Figs. 5A-5F; Col. 1, ll. 14-19 Col. 2, ll. 17-37; Col. 3, ll. 6-39; Col. 8, ll. 9-26; Col. 9, ll. 8-45; Col. 10, ll. 14-29 Col. 11, ll. 1-15; Col. 11, ll. 27 – col. 14, l. 65 |
| '783 | "causing [said wireless/the] client device to display [more than one/a plurality of user account] service offering[s] on [said/a] display screen of [said wireless/the mobile] client device" (Claims 17, 25) | the message received by the wireless client device causes the microbrowser in the client device to generate a screen displaying two or more service offerings that a user can manipulate<br><br>Specification at 2:26-33, 7:40-8:26, 8:60-9:45 & Figs 5A-5C, 5E, 10:52-68, 11:8-15 | Generating and sending instructions to the wireless client device to display a set of selectable elements on a screen, each corresponding to a mobile subscriber account service.<br><br>Intrinsic Evidence:<br>Abstract, Figs. 5A-5F; Col. 1, ll. 14-19 Col. 2, ll. 17-37; Col. 3, ll. 6-39; Col. 8, ll. |

**EXHIBIT B:  PATENT L.R. 4-3(b) PROPOSED CONSTRUCTIONS OF DISPUTED TERMS**

| | | | |
|---|---|---|---|
| | | Prosecution history at OPENWAVE00002965-2969, 2994-2998, 3003-3005. | 9-26; Col. 9, ll. 8-45; Col. 10, ll. 14-29; Col. 11, ll. 1-15; Col. 11, ll. 27 – col. 14, l. 65 |
| '783 | "user account database" (claims 1, 10, 17, 23, 24, 25) | a database comprising subscriber- or customer-specific information accessible to the account manager using a URL<br><br>Specification at 6:24-7:5, Figs. 3, 6A, & 6B, 9:46-64, 10:14-35, 11:8-15<br><br>Prosecution history at OPENWAVE00002929-2932, 2960-2969, 3003-3004.<br><br>**Revised definition offered during meet and confer:**<br>a data structure comprising records about subscribers locatable using a URI | A data structure where each record comprises information about a subscriber, including a device identifier, and user information for the account associated with the device identifier.<br><br>Intrinsic Evidence:<br>Fig. 3, Figs. 5A-5F, Figs. 6A-6B; Col. 1, ll. 14-64; Col. 2, ll. 17-37; Col. 3, ll. 6-58 Col. 4, ll. 5-9; Col. 6, ll. 24-33; Col. 6, l. 53 – col. 7, l. 5; Col. 8, ll. 9-14; Col. 9, l. 46 – col. 11, l. 15; Col. 11, ll. 27 – col. 14, l. 65; OPENWAVE00002920-2932; OPENWAVE00002954-2969<br><br>Extrinsic Evidence:<br>Openwave's production documents bates labeled:  OPENWAVE00000190-247 OPENWAVE00000248-522 OPENWAVE00000523-852 OPENWAVE00000853-1004 OPENWAVE00001005-1157 OPENWAVE00001158-1175 OPENWAVE00001176-1328 OPENWAVE00001329-1480 OPENWAVE00001708-2293 OPENWAVE00002294-2757 OPENWAVE00003026-3406 OPENWAVE00003407-3573 OPENWAVE00003574-3752 |

**EXHIBIT B: PATENT L.R. 4-3(b) PROPOSED CONSTRUCTIONS OF DISPUTED TERMS**

| | | | OPENWAVE00003753-4103<br>OPENWAVE00004104-4248 |
|---|---|---|---|
| '783 | "second communication protocol" (claims 10, 17 & 24) | a standard communication protocol that enables the transmission of information in a rich media mark-up language, *e.g*, HTML<br><br>Specification at 5:62-6:33 & Fig. 2A, 9:46-64 & Fig. 5B, 10:14-29 & Figs 6A, 6B.<br><br>**Revised definition offered during meet and confer:**<br>A configurable set of rules conforming to a standard (e.g., HTTP) that two or more entities use to communicate. | A configurable set of rules (*e.g*., HTTP) that two or more entities use to communicate that is different from – *i.e.*, requires mapping to – the first communication protocol. For clarification, if the second communication protocol is HTTP, the first communication protocol cannot be HTTP.<br><br>Note: 724 Solutions contends the term "second communication protocol" should be construed consistently across all asserted patents in which it is used.<br><br>Intrinsic Evidence:<br>Col. 3, ll. 40-58; Col. 4, ll. 13-62; Col. 5, l. 63 – col. 6, l. 23; Col. 9, ll. 61-64; Col. 11, ll. 27 – col. 14, l. 65; OPENWAVE00002866-2893<br><br>Extrinsic Evidence:<br>Openwave's production documents bates labeled: OPENWAVE00000190-247<br>OPENWAVE00000248-522<br>OPENWAVE00000523-852<br>OPENWAVE00000853-1004<br>OPENWAVE00001005-1157<br>OPENWAVE00001158-1175<br>OPENWAVE00001176-1328<br>OPENWAVE00001329-1480<br>OPENWAVE00001708-2293<br>OPENWAVE00002294-2757<br>OPENWAVE00003026-3406 |

**EXHIBIT B:  PATENT L.R. 4-3(b) PROPOSED CONSTRUCTIONS OF DISPUTED TERMS**

| | | | |
|---|---|---|---|
| | | | OPENWAVE00003407-3573 OPENWAVE00003574-3752 OPENWAVE00003753-4103 OPENWAVE00004104-4248 OPENWAVE00010709-10945 Patents-in-Suit; U.S. Patent No. 5,673,322, 724S2242565-2577; WAP Forum Specifications WAP 2.0 White Paper, OPENWAVE00013192-206 Dictionary of Communications Technology, 2nd edition (1995), 724S2242647-2650; Newton's Telecom Dictionary (2002), 724S2242651-2655; Oxford Advanced Learner's Dictionary of Current English, 6th edition (2000), 724S2242701-2707; Dictionary of Computing, 3rd edition (1990), 724S2242708-2712; Dictionary of Computing, 6th edition (2008), 724S2242718-2722; Webster's New World Dictionary of Computer Terms, 8th edition (2000), 724S2241977 - 1979 |
| '783 | "server device" (Claims 1, 10, 11, 12, 16, 23, 24) | a gateway<br><br>Specification at 4:13-24, 5:50-56, 6:11-23, Fig. 1.<br><br>Prosecution history at OPENWAVE00002866-2893, 2962-2964.<br><br>**Revised definition offered during meet and confer:**<br>A piece of hardware equipment that | A piece of hardware equipment that comprises one or more microprocessors, working memory, buses and necessary interfaces, including a server module and an account manager managing a user account in a user account database.<br><br><u>Intrinsic Evidence:</u><br>Col. 5, ll. 41-62;Col. 11, ll. 27 – col. 14, l. 65 |

**EXHIBIT B:  PATENT L.R. 4-3(b) PROPOSED CONSTRUCTIONS OF DISPUTED TERMS**

| | | | |
|---|---|---|---|
| | | comprises one or more microprocessors, working memory, buses and necessary interfaces, and including a server module | |
| '022 | "link server information" (claims 8 & 22) | information based on the operational capabilities of the link server device<br><br>Specification at Abstract, 3:17-21, 3:44-49, 8:5-11, 8:27-32, 10:52-57, 13:12-19, 13:49-54.<br><br>**Revised definition offered during meet and confer:**<br>Information added to the service request by the link server device that indicates types of services/functions the link server is capable of performing | Information attached to the service request by the link server device that indicates the content-types of data that the link server device is able to accept and process, and further indicates the types of services or functions that the link server device is capable of providing which can not or should not be implemented by the interactive communication device.<br><br><u>Intrinsic Evidence</u>:<br>Abstract, Fig. 2, Fig. 3, Fig. 4; Col. 3, ll. 15-28; Col. 7, l. 66 – col. 8, l. 11; Col. 8, ll. 23-39; Col. 10, ll. 12-25; Col. 10, ll. 48-66; Col. 13, ll. 12-19; Col. 13, ll. 45-62; Col. 15, l. 23 – col. 18, l. 29<br><br><u>Extrinsic Evidence</u>:<br>Openwave's production documents bates labeled: OPENWAVE00000190-247<br>OPENWAVE00000248-522<br>OPENWAVE00000523-852<br>OPENWAVE00000853-1004<br>OPENWAVE00001005-1157<br>OPENWAVE00001158-1175<br>OPENWAVE00001176-1328<br>OPENWAVE00001329-1480<br>OPENWAVE00001664-1668<br>OPENWAVE00001685-1692 |
| '022 | "multi-part response" (claims 8 & | service request data and the status | A message formatted into one of the |

**EXHIBIT B: PATENT L.R. 4-3(b) PROPOSED CONSTRUCTIONS OF DISPUTED TERMS**

| | 22) | response<br><br>Specification at 3:29-32, 8:49-67, 9:1-14, 11:42-52, 11:53-59, 14:34-50, 14:55-66.<br><br>**Revised definition offered during meet and confer:**<br>A service request response formatted into one of the content-types of data that the link server device is able to accept and process, and contains i) a status response, ii) the service request data which is formatted into one of the content types that the link server can accept and process, and optionally iii) a service command. | content-types of data that the link server device is able to accept and process that contains i) a status response, ii) the service request data which is formatted with respect to the content-type, and optionally iii) a service command.<br><br>Intrinsic Evidence:<br>Fig. 2, Fig. 3, Fig. 4; Col. 8, ll. 40-67 Col. 9, ll. 1-18; Col. 15, l. 23 – col. 18, l. 29<br><br>Extrinsic Evidence:<br>Openwave's production documents bates labeled: OPENWAVE00000190-247 OPENWAVE00000248-522 OPENWAVE00000523-852 OPENWAVE00000853-1004 OPENWAVE00001005-1157 OPENWAVE00001158-1175 OPENWAVE00001176-1328 OPENWAVE00001329-1480 OPENWAVE00001664-1668 OPENWAVE00001685-1692 |
| '022 | "service request" (claims 8, 9, 22, & 23) | a request for a service originating from a mobile device<br><br>Specification at 7:35-65, Fig. 2. | A request from an interactive communication device to retrieve a piece of data and execute a function on it or provide a service in connection with the requested data.<br><br>Intrinsic Evidence:<br>Abstract, Fig. 2, Fig. 3, Fig. 4; Col. 1, l. 66 – col. 2, l. 67; Col. 3, ll. 1-12; Col. 3, l. 6 – col 4, l. 6; Col. 5, ll. 44-57; Col. 7, ll. 21-33; Col. 15, l. 23 – col. 18, l. 29 |

**EXHIBIT B: PATENT L.R. 4-3(b) PROPOSED CONSTRUCTIONS OF DISPUTED TERMS**

| | | | Extrinsic Evidence: Openwave's production documents bates labeled: OPENWAVE00000190-247 OPENWAVE00000248-522 OPENWAVE00000523-852 OPENWAVE00000853-1004 OPENWAVE00001005-1157 OPENWAVE00001158-1175 OPENWAVE00001176-1328 OPENWAVE00001329-1480 OPENWAVE00001664-1668 OPENWAVE00001685-1692 |
|---|---|---|---|
| '022 | "service device" (claim 13) | a device configured to perform a service associated with a service command<br><br>Specification at 9:10-14 | Indefinite because **the** service device had not been previously referred to in the parent claims.<br><br>Intrinsic Evidence:<br>Col. 15, l. 23 – col. 18, l. 29<br><br>Extrinsic Evidence:<br>Openwave's production documents bates labeled: OPENWAVE00000190-247 OPENWAVE00000248-522 OPENWAVE00000523-852 OPENWAVE00000853-1004 OPENWAVE00001005-1157 OPENWAVE00001158-1175 OPENWAVE00001176-1328 OPENWAVE00001329-1480 OPENWAVE00001664-1668 OPENWAVE00001685-1692 |
| '022 | "service command" (claims 8, 12, 13, 22, 24, & 25) | the type of service to be performed<br><br>Specification at 8:36-9:17 | An indication of the function to be executed or the service to be provided in connection with the service request data. |

**EXHIBIT B:  PATENT L.R. 4-3(b) PROPOSED CONSTRUCTIONS OF DISPUTED TERMS**

| | | | |
|---|---|---|---|
| | | | Intrinsic Evidence:<br>Abstract, Fig. 2, Fig. 3, Fig. 4; Col. 5, ll. 44-57; Col. 15, ll. 50-57; Col. 15, l. 23 – col. 18, l. 29<br><br>Extrinsic Evidence:<br>Openwave's production documents bates labeled: OPENWAVE00000190-247<br>OPENWAVE00000248-522<br>OPENWAVE00000523-852<br>OPENWAVE00000853-1004<br>OPENWAVE00001005-1157<br>OPENWAVE00001158-1175<br>OPENWAVE00001176-1328<br>OPENWAVE00001329-1480<br>OPENWAVE00001664-1668<br>OPENWAVE00001685-1692 |
| '167 | "intermediate computer system" (claims 6, 8-10, 12-14, & 16-17) | a computer system that resides between a gateway and the Internet, or other servers on a wired network, and that runs an application for processing data received from one or more servers on the Internet or other wired network<br><br>Specification at Fig. 1, 5:9-24, 5:32-36, 6:62-64, 10:47-50, 14:21-35<br><br>Prosecution history at Amendment, Sept. 21, 1999, at 24-25 (OPENWAVE00004016-4017); Amendment After Final Office Action, Mar. 21, 2000, at 9-12 (OPENWAVE00004050-4053). | Circuitry and one or more computer instructions for communicating with either a server or with the device to which said data is to be delivered.<br><br>Intrinsic Evidence:<br>Abstract, Fig. 1, Fig. 3, Fig. 26; Col. 1, l. 54 – col. 2, l. 65; Col. 3, ll. 27-49; Col. 5, ll. 9-44; Col. 6, l. 66 – col. 7, l. 32; Col. 9, ll. 6-18; Col. 10, l. 55 – col. 11, l. 52; Col. 22, ll. 45-59; Col. 45, l. 29 – col. 46, l. 27; Col. 46, l. 31 – col. 47, l. 16; Col. 47, l. 19 – col. 48, l. 21; Col. 48, ll. 25-46; Openwave's production documents bates labeled: OPENWAVE00003993-4019<br>OPENWAVE00004042-4054 |

**EXHIBIT B:  PATENT L.R. 4-3(b) PROPOSED CONSTRUCTIONS OF DISPUTED TERMS**

| | | | |
|---|---|---|---|
| | | | Extrinsic Evidence:<br>Openwave's production documents bates labeled: OPENWAVE00000190-247<br>OPENWAVE00000248-522<br>OPENWAVE00000523-852<br>OPENWAVE00000853-1004<br>OPENWAVE00001005-1157<br>OPENWAVE00001158-1175<br>OPENWAVE00001176-1328<br>OPENWAVE00001329-1480<br>OPENWAVE00001708-2293<br>OPENWAVE00002294-2757<br>OPENWAVE00002758-3025<br>OPENWAVE00003026-3406<br>OPENWAVE00003407-3573<br>OPENWAVE00003574-3752<br>OPENWAVE00004104-4248<br>WAP Forum Specifications<br>WAP 2.0 White Paper,<br>OPENWAVE00013192-206<br>Short Message Peer to Peer Interface Specification v. 3.3, 724S2242727-2775 |
| '167 | "communicates with the source or sources and destination or destinations" (claims 6, 8, 9, 10, 12, 13) | receives data via an Internet protocol, or via a protocol running on top of an Internet protocol, from one or more servers on the Internet running applications that provide data, and transmits data to one or more mobile clients via a gateway<br><br>Specification at Fig. 1, 2:4-5, 3:26-40, 5:25-30, 6:10-24, 7:14-28, 12:11-15, 14:21-35.<br><br>Prosecution history at Amendment, | Exchanges messages with either a server or with the device to which said data is to be delivered.<br><br>Intrinsic Evidence:<br>Abstract, Fig. 1, Fig. 3, Fig. 26; Col. 1, l. 54 – col. 2, l. 65; Col. 3, ll. 27-49; Col. 5, ll. 9-44; Col. 6, l. 66 – col. 7, l. 32; Col. 9, ll. 6-18; Col. 10, l. 55 – col. 11, l. 52; Col. 22, ll. 45-59; Col. 45, l. 29 – col. 46, l. 27; Col. 46, l. 31 – col. 47, l. 16; Col. 47, l. 19 – col. 48, l. 21; Col. 48, ll. 25-46;<br>Openwave's production documents bates |

**EXHIBIT B: PATENT L.R. 4-3(b) PROPOSED CONSTRUCTIONS OF DISPUTED TERMS**

| | | Sept. 21, 1999, at 24-25 (OPENWAVE00004016-4017). | labeled: OPENWAVE00003993-4019 OPENWAVE00004042-4054 |
|---|---|---|---|
| | | | Extrinsic Evidence: Openwave's production documents bates labeled: OPENWAVE00000190-247 OPENWAVE00000248-522 OPENWAVE00000523-852 OPENWAVE00000853-1004 OPENWAVE00001005-1157 OPENWAVE00001158-1175 OPENWAVE00001176-1328 OPENWAVE00001329-1480 OPENWAVE00001708-2293 OPENWAVE00002294-2757 OPENWAVE00002758-3025 OPENWAVE00003026-3406 OPENWAVE00003407-3573 OPENWAVE00003574-3752 OPENWAVE00004104-4248 WAP Forum Specifications WAP 2.0 White Paper, OPENWAVE00013192-206 Oxford Advanced Learner's Dictionary of Current English, 6th edition (2000), 724S2242701-2707; American Heritage Dictionary, 4th edition (2000), 724S2242623-2626; Short Message Peer to Peer Interface Specification v. 3.3, 724S2242727-2775 |
| '167 | "forward the data over the network to the data destination or destinations" (claims 14, 16, & 17) | transmit data to one or more mobile clients via a gateway | Sending data to the device to which said data is to be delivered. |

**EXHIBIT B: PATENT L.R. 4-3(b) PROPOSED CONSTRUCTIONS OF DISPUTED TERMS**

| | | Specification at Fig. 1, 2:4-5, 3:26-40, 5:25-30, 12:11-15, 14:21-35. | <u>Intrinsic Evidence:</u><br>Abstract, Fig. 1, Fig. 3, Fig. 26; Col. 1, l. 54 – col. 2, l. 65; Col. 3, ll. 27-49; Col. 5, ll. 9-44; Col. 6, l. 66 – col. 7, l. 32; Col. 9, ll. 6-18; Col. 10, l. 55 – col. 11, l. 52; Col. 22, ll. 45-59; Col. 45, l. 29 – col. 46, l. 27; Col. 46, l. 31 – col. 47, l. 16; Col. 47, l. 19 – col. 48, l. 21; Col. 48, ll. 25-46; Openwave's production documents bates labeled: OPENWAVE00003993-4019 OPENWAVE00004042-4054<br><br><u>Extrinsic Evidence:</u><br>Openwave's production documents bates labeled: OPENWAVE00000190-247 OPENWAVE00000248-522 OPENWAVE00000523-852 OPENWAVE00000853-1004 OPENWAVE00001005-1157 OPENWAVE00001158-1175 OPENWAVE00001176-1328 OPENWAVE00001329-1480 OPENWAVE00001708-2293 OPENWAVE00002294-2757 OPENWAVE00002758-3025 OPENWAVE00003026-3406 OPENWAVE00003407-3573 OPENWAVE00003574-3752 OPENWAVE00004104-4248 WAP Forum Specifications WAP 2.0 White Paper, OPENWAVE00013192-206 Oxford Advanced Learner's Dictionary of Current English, 6th edition (2000), 724S2242701-2707; American Heritage |
|---|---|---|---|

**EXHIBIT B:  PATENT L.R. 4-3(b) PROPOSED CONSTRUCTIONS OF DISPUTED TERMS**

| | | | |
|---|---|---|---|
| | | | Dictionary, 4th edition (2000), 724S2242623-2626; Short Message Peer to Peer Interface Specification v. 3.3, 724S2242727-2775 |
| '048 | "client device" (claims 1, 2, 3, 13, 14, 15) | a thin wireless client device, such as a mobile phone<br><br>Specification at Abstract, 1:55-2:23, Figs. 1 and 2, 2:38-39, 3:46-52, 4:55-5:27, 5:44-55, 8:1-3<br><br>Prosecution history at Amendment and Response to Office Action (Sept. 18, 2000) at 8-10 (OPENWAVE00004216-4218). | A two-way interactive communication device (e.g., a mobile device, a mobile phone, a landline telephone, or an Internet capable remote controller).<br><br>Intrinsic Evidence:<br>Fig. 1, Fig. 2, Fig. 3; Col. 1, ll. 14-67; Col. 2, ll. 1-27; Col. 4, ll. 18-54; Col. 4, l 55 – col. 5, l. 27; Col. 5, ll. 44-55; Col. 6, ll. 2-6<br><br>Extrinsic Evidence:<br>Openwave's production documents bates labeled: OPENWAVE00000190-247<br>OPENWAVE00000248-522<br>OPENWAVE00000523-852<br>OPENWAVE00000853-1004<br>OPENWAVE00001005-1157<br>OPENWAVE00001158-1175<br>OPENWAVE00001176-1328<br>OPENWAVE00001329-1480<br>OPENWAVE00001708-2293<br>OPENWAVE00002294-2757<br>OPENWAVE00002758-3025<br>OPENWAVE00003026-3406<br>OPENWAVE00003407-3573<br>OPENWAVE00003574-3752<br>OPENWAVE00003753-4103<br>WAP Forum Specifications<br>WAP 2.0 White Paper,<br>OPENWAVE00013192-206 |

**EXHIBIT B:  PATENT L.R. 4-3(b) PROPOSED CONSTRUCTIONS OF DISPUTED TERMS**

| | | | WAP 2.0 White Paper, OPENWAVE00013192-206 |
|---|---|---|---|
| '048 | "first communication protocol" (claims 1, 13) | a standard communication protocol optimized for use by a thin client device on a wireless network, *e.g.*, HDTP<br><br>Specification at Fig. 1, 4:18-54, 5:44-55<br><br>Prosecution history at Amendment and Response to Office Action (Sept. 18, 2000) at 8-10 (OPENWAVE00004216-4218).<br><br>**Revised definition offered during meet and confer:**<br>A configurable set of rules conforming to a standard (e.g., HDTP, HTTP) that two or more entities use to communicate. | A configurable set of rules (*e.g.*, HDTP) that two or more entities use to communicate that is different from – *i.e.*, requires mapping to – the second communication protocol.  For clarification, if the second communication protocol is HTTP, the first communication protocol cannot be HTTP.<br><br>Intrinsic Evidence:<br>Fig. 1, Fig. 4; Col. 3, l. 66 – col. 4, l. 54; Col. 6, ll. 32-38; Col. 6, l. 60 – col. 7, l. 6; Col. 7, ll. 28-32; Col. 8, ll. 29-32; Col. 9, ll. 5-27; Col. 9, ll. 41-58; Col. 10, ll. 5-25; Col. 10, ll. 40-57<br><br>Extrinsic Evidence:<br>Openwave's production documents bates labeled: OPENWAVE00000190-247<br>OPENWAVE00000248-522<br>OPENWAVE00000523-852<br>OPENWAVE00000853-1004<br>OPENWAVE00001005-1157<br>OPENWAVE00001158-1175<br>OPENWAVE00001176-1328<br>OPENWAVE00001329-1480<br>OPENWAVE00001708-2293<br>OPENWAVE00002294-2757<br>OPENWAVE00002758-3025<br>OPENWAVE00002866-2893<br>OPENWAVE00003026-3406<br>OPENWAVE00003407-3573 |

**EXHIBIT B:  PATENT L.R. 4-3(b) PROPOSED CONSTRUCTIONS OF DISPUTED TERMS**

| | | | |
|---|---|---|---|
| | | | OPENWAVE00003574-3752 OPENWAVE00003753-4103 OPENWAVE00010709-10945 U.S. Patent No. 5,673,322, 724S2242565-2577; WAP Forum Specifications WAP 2.0 White Paper, OPENWAVE00013192-206 Dictionary of Communications Technology, 2nd edition (1995), 724S2242647-2650; Newton's Telecom Dictionary (2002), 724S2242651-2655; Oxford Advanced Learner's Dictionary of Current English, 6th edition (2000), 724S2242701-2707; Dictionary of Computing, 3rd edition (1990), 724S2242708-2712; Dictionary of Computing, 6th edition (2008), 724S2242718-2722; Webster's New World Dictionary of Computer Terms, 8th edition (2000), 724S2241977 - 1979 |
| '048 | "communication protocol" (claims 1, 7, 8, 13, 19, 20) | Openwave objects to 724's attempt obtain a generic construction of this term without the modifier "first" or "second"; the unmodified term "communication protocol" does not appear in any of the claims referenced by 724.<br><br>To the extent the Court finds this claim term needs to be construed, it means "a standard communication protocol, *e.g.*, HTTP, WAP."<br><br>Specification at Fig. 1, 3:27-4:54. | A configurable set of rules (*e.g.*, HDTP, HTTP) that two or more entities use to communicate<br><br>Intrinsic Evidence:<br>Fig. 1, Fig. 4; Col. 3, l. 66 – col. 4, l. 54; Col. 6, ll. 32-38; Col. 6, l. 60 – col. 7, l. 6; Col. 7, ll. 28-32; Col. 8, ll. 29-32; Col. 9, ll. 5-27; Col. 9, ll. 41-58; Col. 10, ll. 5-25; Col. 10, ll. 40-57<br><br>Extrinsic Evidence:<br>Openwave's production documents bates labeled: OPENWAVE00000190-247 OPENWAVE00000248-522 |

**EXHIBIT B:  PATENT L.R. 4-3(b) PROPOSED CONSTRUCTIONS OF DISPUTED TERMS**

| | | | OPENWAVE00000523-852 OPENWAVE00000853-1004 OPENWAVE00001005-1157 OPENWAVE00001158-1175 OPENWAVE00001176-1328 OPENWAVE00001329-1480 OPENWAVE00001708-2293 OPENWAVE00002294-2757 OPENWAVE00002758-3025 OPENWAVE00002866-2893 OPENWAVE00003026-3406 OPENWAVE00003407-3573 OPENWAVE00003574-3752 OPENWAVE00003753-4103 OPENWAVE00010709-10945 U.S. Patent No. 5,673,322, 724S2242565-2577; WAP Forum Specifications WAP 2.0 White Paper, OPENWAVE00013192-206 Dictionary of Communications Technology, 2nd edition (1995), 724S2242647-2650; Newton's Telecom Dictionary (2002), 724S2242651-2655; Oxford Advanced Learner's Dictionary of Current English, 6th edition (2000), 724S2242701-2707; Dictionary of Computing, 3rd edition (1990), 724S2242708-2712; Dictionary of Computing, 6th edition (2008), 724S2242718-2722; Webster's New World Dictionary of Computer Terms, 8th edition (2000), 724S2241977 - 1979 |
| --- | --- | --- | --- |
| '048 | "transcoding character sets" (claims 1 & 13) | This claim term is not limiting and, as such, does not need to be construed. | translating from one character set encoding to another |

**EXHIBIT B:  PATENT L.R. 4-3(b) PROPOSED CONSTRUCTIONS OF DISPUTED TERMS**

| | | | |
|---|---|---|---|
| | | To the extent the Court finds this claim term needs to be construed, it means "translating from one character set encoding to another."<br><br>Specification at 5:28-30.  *See also* Transcoding Examples described in Cols. 6-8.<br><br>Prosecution history at Amendment and Response to Office Action (Sept. 18, 2000) at 10 (OPENWAVE00004218). | Intrinsic Evidence:<br>Fig. 3, Fig. 4, Fig. 5; Col. 5, l. 28 - Col. 8, l. 61<br><br>Extrinsic Evidence:<br>Openwave's production documents bates labeled: OPENWAVE00000190-247<br>OPENWAVE00000248-522<br>OPENWAVE00000523-852<br>OPENWAVE00000853-1004<br>OPENWAVE00001005-1157<br>OPENWAVE00001158-1175<br>OPENWAVE00001176-1328<br>OPENWAVE00001329-1480<br>OPENWAVE00005879-5927<br>OPENWAVE00005928-5947<br>OPENWAVE00005948-5991<br>OPENWAVE00006455-6536<br>OPENWAVE00009169-9243<br>OPENWAVE00006720-6782<br>OPENWAVE00008671-8672<br>WAP Forum Specifications<br>WAP 2.0 White Paper,<br>OPENWAVE00013192-206 |
| '120 | "rendezvous" (claims 1, 4-7, and 32) | An account access point in a server that is identified using a URL<br><br>Specification at 7:46-51, 8:13-16 & Fig. 2.b.<br><br>**Revised definition offered during meet and confer:**<br>an application executing on a server that has a unique address identifier and controls entry to a user account | Indefinite.<br><br>But if the court decides to construe this claim language, it should be defined to mean, "a program executing on a server that has a unique address identifier and controls entry to a user account to which it is exclusively designated."<br><br>Intrinsic Evidence: |

**EXHIBIT B:  PATENT L.R. 4-3(b) PROPOSED CONSTRUCTIONS OF DISPUTED TERMS**

| | | |
|---|---|---|
| | | Abstract, Fig. 2b, Fig. 5a, Fig. 5b; Col. 1, ll. 25-37; Col. 2, l. 37 – col. 3, l. 17; Col. 4, ll. 36-45; Col. 7, l. 32 – col. 8 l. 34; Col. 13, l. 41 – col. 14, l. 43; Col. 15, l. 55 – col. 16, l. 12; Col. 16 , ll. 35-51; Col. 17, ll. 19-23; Col. 17, ll. 35-39; Col. 18, ll. 8-11; Col. 18, ll. 19-21; Col. 18, ll. 55-59; Col. 19, ll. 6-19; Col. 20, ll. 23-26<br><br>Extrinsic Evidence:<br>Openwave's production documents bates labeled:  OPENWAVE00000190-247<br>OPENWAVE00000248-522<br>OPENWAVE00000523-852<br>OPENWAVE00000853-1004<br>OPENWAVE00001005-1157<br>OPENWAVE00001158-1175<br>OPENWAVE00001176-1328<br>OPENWAVE00001329-1480 |
| '120 | "authenticating mutually between the wireless mobile telephone and the server" (claims 1-3) or "mutual authentication between the wireless mobile telephone and the server" (claim 32) | The step of authenticating a mobile device by a server<br><br>Specification at 9:55-11:43 & Fig. 4. | A process of having the server verify the identity of the wireless mobile telephone and having the wireless mobile telephone verify the identity of the server to establish a secure session between the wireless mobile telephone and the server.<br><br>Intrinsic Evidence:<br>Abstract, Fig. 4, Fig. 5a, Fig. 5b; Col. 1, ll. 25-37; Col. 2, l. 58 – col. 3, l. 40; Col. 3, l. 60 – col. 4, l. 29; Col. 4, ll. 40-45; Col. 4, ll. 66-67; Col. 5, ll. 29-32; Col. 8, l. 66 – col. 13, l. 9; Col. 13, l. 41 – col. 14, l. 28; Col. 15, ll. 55-59; Col. 16, ll. 1-4; Col. 16, ll. 13-34; Col. 16, ll. 48-51; Col. 17, ll. 1-14; Col. 17, ll. 35-39; Col. 17, ll. 50-58; |

**EXHIBIT B:  PATENT L.R. 4-3(b) PROPOSED CONSTRUCTIONS OF DISPUTED TERMS**

|  |  |  | Col. 18, ll. 22-24; Col. 18, ll. 30-54; Col. 19, ll. 1-9; Col. 19, ll. 29-44; Col. 20, ll. 4-37; Col. 20, l. 62-65<br><br>Extrinsic Evidence:<br>Openwave's production documents bates labeled: OPENWAVE00000190-247<br>OPENWAVE00000248-522<br>OPENWAVE00000523-852<br>OPENWAVE00000853-1004<br>OPENWAVE00001005-1157<br>OPENWAVE00001158-1175<br>OPENWAVE00001176-1328<br>OPENWAVE00001329-1480<br>OPENWAVE00001487-1537<br>OPENWAVE00001685-1692<br>OPENWAVE00001708-2293<br>OPENWAVE00002294-2757<br>OPENWAVE00002758-3025<br>OPENWAVE00003026-3406<br>OPENWAVE00003407-3573<br>OPENWAVE00003753-4103<br>OPENWAVE00004104-4248<br>OPENWAVE00007435-7467<br>OPENWAVE00007625-7666<br>OPENWAVE00008016-8153<br>OPENWAVE00008154-8223<br>OPENWAVE00011395-11776<br>OPENWAVE00017292-17341<br>*Dictionary of Computing*, 6th edition (2008), 724S2242718-2722 |
| '120 | "client identification" (claim 5) | Any of a number of identifiers uniquely associated with a particular client device including a phone number, IP address, or other device-specific information | Indefinite.<br><br>But if the court decides to construe this |

**EXHIBIT B:  PATENT L.R. 4-3(b) PROPOSED CONSTRUCTIONS OF DISPUTED TERMS**

| | | | |
|---|---|---|---|
| | | Specification at 7:32-8:3, 10:8-12 & Fig. 2.b. | claim language, it should be defined to mean, "a unique identifier associated with a computer used to access the rendezvous through a landline data network." <br><br> Intrinsic Evidence: <br> Col. 3, ll. 26-32; Col. 4, ll. 1-5; Col. 10, ll. 8-11; Col. 13, ll. 41-58; Col. 16, ll.9-12; Col. 16, ll. 35-47; Col. 16, ll. 54-63; Col. 17, ll. 15-23; Col. 17, ll. 29-30; Col. 18, l. 54 – col. 19, l. 5; Col. 19, ll. 14-28; Col. 19, ll. 49-58; Col. 22, ll. 1-7 |
| '120 | "[user] credential information" (claims 1, 5, and 32) | Information that is used to validate a subscriber's access to his/her account <br><br> Specification at 7:32-8:65, 13:41-14:57 & Figs. 2.b, 5.a, 5.b and 6. | a username and password created by the user through a mobile client device to establish a rendezvous account entry to that user's account. <br><br> Intrinsic Evidence: <br> Abstract, Fig. 2b, Fig. 5a, Fig. 5b, Fig. 6; Col. 2, l. 37 – col. 3, l. 17; Col. 3, ll. 41-59 Col. 4, ll. 28-45; Col. 7, ll. 46-51; Col. 8, ll. 4-65; Col. 13, l. 64 – col. 14, l. 57; Col. 16, ll. 5-12; Col. 16, ll. 28-34; Col. 16, ll. 40-47; Col. 16, ll. 59-63; Col. 17, ll. 15-23; Col. 17, ll. 59-67; Col. 18, ll. 16-18; Col. 18, ll. 48-53; Col. 18, ll. 60-67; Col. 19, ll. 45-58; Col. 20, ll. 15-22; Col. 20, ll. 44-47; Col. 20, ll. 58-61; Col. 20, l. 66 – col. 21, l. 3 |
| '954 | "client" (claims 1, 16, 18, 19, and 42) | An application that is configured to communicate with a content or service provider <br><br> Specification at 1:32-38, 4:3-43, 5:15-58, 9:24-35 & Figs. 1 and 2. | A process within a gateway that retrieves content from an HTTP server. <br><br> Intrinsic Evidence: <br> Abstract; Figs. 1, 2, and corresponding text in the specification; Col. 1, ll. 30-38 |

**EXHIBIT B:  PATENT L.R. 4-3(b) PROPOSED CONSTRUCTIONS OF DISPUTED TERMS**

| | | | |
|---|---|---|---|
| | | **Revised definition offered during meet and confer:**<br>An application (*e.g.*, HTTP client) that is configured to communicate with a content or service provider | Col. 4, ll. 19-25; Non-Produced Parent File History<br><br>Extrinsic Evidence:<br>WAP Forum Specifications<br>WAP 2.0 White Paper, OPENWAVE00013192-206<br>Computer Science and Communications Dictionary, Vol. 1 (2000)), 724S2241980-1983;Newton's Telecom Dictionary (2002), 724S2242651-2655 |
| '954 | "client [telephone number]" (claims 2 and 39) | A mobile device's MSISDN or a unique identifier for identifying the mobile device<br><br>Specification at 9:38-63, 12:5-57 & Figs. 1, 2, and 5. | A client's MSISDN or a unique identifier for identifying the client.<br><br>Intrinsic Evidence:<br>Abstract; Figs. 1, 2, and corresponding text in the specification; Col. 1, ll. 30-38 Col. 4, ll. 19-25; Non-Produced Parent File History<br><br>Extrinsic Evidence:<br>WAP Forum Specifications<br>WAP 2.0 White Paper, OPENWAVE00013192-206<br>Computer Science and Communications Dictionary, Vol. 1 (2000)), 724S2241980-1983;Newton's Telecom Dictionary (2002), 724S2242651-2655 |
| '954 | "origin server" (claims 1, 16, and 42) | A server for providing content or service to a client including a mobile device<br><br>Specification at 1:32-38, 4:3-43, 5:15-58, 9:24-35 & Figs. 1 and 2. | The server on which a given resource resides or is to be created, and that communicates with the gateway using an HTTP interface.<br><br>Intrinsic Evidence:<br>Fig. 1 and corresponding text in the |

**EXHIBIT B:  PATENT L.R. 4-3(b) PROPOSED CONSTRUCTIONS OF DISPUTED TERMS**

| | | | specification; Col. 4, ll. 18-44; Non-Produced Parent File History<br><br>Extrinsic Evidence:<br>WAP Forum Specifications<br>WAP 2.0 White Paper,<br>OPENWAVE00013192-206 |
|---|---|---|---|
| '954 | "auxiliary service" (claim 1) | All the services associated with a telecommunications gateway excluding the communications with a mobile operator's network and an origin server<br><br>Specification at 1:20-23, 4:3-12, 9:35-17:52 & Figs. 1 and 2. | Service provided by an external entity.<br><br>Intrinsic Evidence:<br>Fig. 2 and corresponding text in the specification; Col. 9, ll. 36-37; Col. 17, ll. 57-60; Non-Produced Parent File History<br><br>Extrinsic Evidence:<br>WAP Forum Specifications<br>WAP 2.0 White Paper,<br>OPENWAVE00013192-206 |
| '954 | "inferring from a whitelist, a blacklist, and a greylist an indication of whether a telephone number should be transferred to an origin server" (claim 42) | The step of determining whether or not to inform the origin server of the identity of a mobile device (e.g., its MSISDN)<br><br>Specification at 9:37-10:26, 12:5-57 & Fig. 2.<br><br>**Revised definition offered during meet and confer:**<br>The step of determining from a lookup in a whitelist, a blacklist, and/or greylist whether to inform the origin server of the identity of a mobile device (*e.g.*, its MSISDN) | Indefinite because the term "inferring" is not adequately defined in the claims and/or specification.<br><br>But if the court decides to construe this claim language, it should be defined to mean "using the combination of indexes, hashing algorithms, and arrays disclosed in the specification (col. 10, l. 30 – col. 11, l. 48) to determine from a whitelist, a blacklist, and a greylist whether a telephone number should be transferred to an origin server."<br><br>Intrinsic Evidence:<br>Col. 9, l. 64 – col. 11, l. 48; Non-Produced |

**EXHIBIT B:  PATENT L.R. 4-3(b) PROPOSED CONSTRUCTIONS OF DISPUTED TERMS**

| | | | |
|---|---|---|---|
| | | | Parent File History<br><br>Extrinsic Evidence:<br>WAP Forum Specifications<br>WAP 2.0 White Paper,<br>OPENWAVE00013192-206 |
| '954 | "the event manager sets event conditions in a configurable basis" (claim 44) | The event manager is configured to take actions based on the predefined event conditions<br><br>Specification at 13:7-16:52 & Fig. 2.<br><br>**Revised definition offered during meet and confer:**<br>the event manager sets events based on predefined event conditions (*e.g.*, comparing event level with a predefined threshold) | Indefinite because the term "in a configurable basis" is not adequately defined in the claims and/or specification.<br><br>But if the court decides to construe this claim language, it should be defined to mean "the event manager sets for each event an associated event level in the range of 1-255 and an overall event threshold level.<br><br>Intrinsic Evidence:<br>Col. 14, ll. 53-64<br>Non-Produced Parent File History<br><br>Extrinsic Evidence:<br>WAP Forum Specifications<br>WAP 2.0 White Paper,<br>OPENWAVE00013192-206 |
| '954 | "context manager acting as a user on the stack" (claims 1, 8-11, 13-19, 21, 22, 24-31, 37, 38, 41 and 42) | An application that is built on top of a set of standard communication protocols and that is configured to manage the auxiliary services.<br><br>Specification at 1:31-38, 3:16-26, 5:21-33, 9:23-13:6 & Fig. 2. | A component comprising a multi-threaded Unix process that communicates with the wireless protocol stack via TCP/IP sockets.<br><br>Intrinsic Evidence:<br>Figs. 2, 3, and corresponding text in the specification; Abstract; Col. 5, l. 15 – col. 8, l. 24; Col. 9, ll. 23-34; Col. 17, ll. 54- |

**EXHIBIT B:  PATENT L.R. 4-3(b) PROPOSED CONSTRUCTIONS OF DISPUTED TERMS**

| | | | |
|---|---|---|---|
| | | | 60; Non-Produced Parent File History<br><br>Extrinsic Evidence:<br>WAP Forum Specifications<br>WAP 2.0 White Paper,<br>OPENWAVE00013192-206 |