\*\* E-filed September 21, 2010 \*\*

NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| OPENWAVE SYSTEMS, INC., a Delaware corporation, and OPENWAVE SYSTEMS (ROI) LTD., its Republic of Ireland subsidiary,<br><br>Plaintiffs,<br>v.<br><br>724 SOLUTIONS (US) INC., a Delaware corporation, and 724 SOLUTIONS SOFTWARE INC., a Delaware corporation,<br><br>Defendants.<br><br>AND RELATED COUNTERCLAIMS | No. C09-3511 RS (HRL)<br><br>**ORDER DENYING AS MOOT OPENWAVE'S JULY 20, 2010 ADMINISTRATIVE MOTION TO FILE UNDER SEAL**<br><br>[Re: Docket No. 194] |

Remaining before the Court is Openwave Systems, Inc. and Openwave Systems (ROI) Ltd.'s (collectively, "Openwave") administrative motion to file under seal a certain document designated confidential by another party pursuant to the protective order in this action. (Docket No. 194.) This document was attached as Exhibit C to the supplemental declaration of Brett Schuman in support of Openwave's reply in support of its Motion for Permission to Disclose Protected Material to Chetan Sharma. (Docket Nos. 191 & 192.) Openwave subsequently withdrew its motion pursuant to the parties' stipulation. (Docket Nos. 200 & 201.) Accordingly, Openwave's administrative motion to file under seal shall be denied as moot.

1 **IT IS SO ORDERED.**

2 Dated: September 21, 2010



3 _____
HOWARD R. LLOYD
4 UNITED STATES MAGISTRATE JUDGE

1 | **C09-3511 RS (HRL) Notice will be electronically mailed to:**

| | |
|---|---|
| Ahren Christian Hsu-Hoffman | ahoffman@morganlewis.com, pneely@morganlewis.com, rwilkins@morganlewis.com, tmajidian@morganlewis.com |
| Brett Michael Schuman | bschuman@morganlewis.com, mcwong@morganlewis.com |
| Claude M. Stern | claudestern@quinnemanuel.com, cherylberry@quinnemanuel.com, sandranichols@quinnemanuel.com |
| Daniel Johnson , Jr | djjohnson@morganlewis.com |
| Evette Dionna Pennypacker | evettepennypacker@quinnemanuel.com |
| Michael Henry Page | mpage@durietangri.com, records@durietangri.com |
| Ray R. Zado | rayzado@quinnemanuel.com, karenbeck@quinnemanuel.com |
| Ryan Lindsay Scher | rscher@morganlewis.com, ahoffman@morganlewis.com, cholsome@morganlewis.com, shaun.sullivan@morganlewis.com, tmajidian@morganlewis.com |
| Thai Q Le | thaile@quinnemanuel.com |

**Counsel are responsible for distributing copies of this document to co-counsel who have not registered for e-filing under the court's CM/ECF program.**