*E-Filed 9/27/10*

1  DANIEL JOHNSON, JR. (SBN 57409)
   BRETT M. SCHUMAN (SBN 189247)
2  AHREN C. HSU-HOFFMAN (SBN 250469)
   RYAN L. SCHER (SBN 244706)
3  MORGAN, LEWIS & BOCKIUS LLP
   One Market, Spear Street Tower
4  San Francisco, CA  94105-1126
   Tel:  415.442.1000
5  Fax:  415.442.1001
   E-mail:  djjohnson@morganlewis.com
6  E-mail:  bschuman@morganlewis.com
   E-mail:  ahoffman@morganlewis.com
7  E-mail:  rscher@morganlewis.com

8  Attorneys for Plaintiffs and
   Counterdefendants,
9  OPENWAVE SYSTEMS, INC. and
   OPENWAVE SYSTEMS (ROI) LTD.

   CLAUDE M. STERN (SBN 96737)
   EVETTE D. PENNYPACKER (SBN 203515)
   THAI LE (SBN 267460)
   QUINN EMANUEL URQUHART &
   SULLIVAN, LLP
   555 Twin Dolphin Drive, 5th Floor
   Redwood Shores, California 94065
   Tel: 650.801.5000
   Fax: 650.801.5100
   E-mail: claudestern@quinnemanuel.com
   E-mail: evettepennypacker@quinnemanuel.com
   E-mail: thaile@quinnemanuel.com

   *Attorneys for Defendants and
   Counterclaimants* 724 SOLUTIONS (US)
   INC. and 724 SOLUTIONS SOFTWARE
   INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| OPENWAVE SYSTEMS, INC., a Delaware corporation, and OPENWAVE SYSTEMS (ROI) LTD., its Republic of Ireland subsidiary,<br><br>              Plaintiffs,<br><br>              v.<br><br>724 SOLUTIONS (US) INC., a Delaware corporation, and 724 SOLUTIONS SOFTWARE INC., a Delaware corporation,<br><br>              Defendants.<br><br>AND RELATED COUNTERCLAIMS | Case No. 09-CV-03511 (RS, HRL)<br><br>**STIPULATION AND [PROPOSED] ORDER ENLARGING TIME PURSUANT TO CIVIL L.R. 6-2 FOR PLAINTIFFS TO FILE OPENING CLAIM CONSTRUCTION BRIEF** |

1 Plaintiffs and Counterdefendants Openwave Systems, Inc. and Openwave Systems (ROI) Ltd. (together, "Openwave"), by and through their undersigned counsel, and Defendants and Counterclaimants 724 Solutions (US) Inc. and 724 Solutions Software Inc. (together, "724 Solutions"), by and through their undersigned counsel, hereby stipulate as follows:

WHEREAS, on June 1, 2010, pursuant to the parties' stipulation, this Court entered an Order Amending the Case Schedule (Dkt. No. 183) setting, among other things, deadlines for claim construction disclosures and briefing;

WHEREAS, pursuant to the Amended Case Schedule (Dkt. No. 183), Openwave is to file its Opening Claim Construction Brief pursuant to Patent L.R. 4-5(a) on Monday, September 27, 2010;

WHEREAS, the undersigned counsel, met, conferred and agreed to extend the deadline for Openwave to file its Opening Claim Construction Brief by two (2) days to Wednesday, September 29, 2010.

IT IS HEREBY STIPULATED by and between the parties hereto through their respective attorneys of record that the following deadline for Openwave's Opening Claim Construction Brief shall apply:

| Event | Old Deadline | New Deadline |
|---|---|---|
| Openwave's Opening Claim Construction Brief pursuant to Patent L.R. 4-5(a) | September 27, 2010 | September 29, 2010 |

The remaining deadlines set forth in the Order Amending Case Schedule will not be affected.

NOW THEREFORE, IT IS STIPULATED, AGREED AND ORDERED that the date for Openwave to file its Opening Claim Construction Brief pursuant to Patent L.R. 4-5(a) should be extended to September 29, 2010.

Respectfully submitted,

Dated: September 26, 2010                MORGAN, LEWIS & BOCKIUS LLP


By /s/ Brett Schuman
   Brett M. Schuman

*Attorneys for Plaintiffs and Counterdefendants,* OPENWAVE SYSTEMS, INC. AND OPENWAVE SYSTEMS (ROI) LTD.


Dated: September 26, 2010                QUINN EMANUEL URQUHART & SULLIVAN, LLP


By /s/ Evette D. Pennypacker
   Evette D. Pennypacker

*Attorneys for Defendants and Counterclaimants,* 724 SOLUTIONS (US) INC. AND 724 SOLUTIONS SOFTWARE INC.


**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated:    9/27/10


By _____
HON. RICHARD SEEBORG
UNITED STATES DISTRICT JUDGE

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

DB2/21938182.1                2                STIP. AND [PROPOSED] ORDER EXTENDING
                                               PATENT L.R. 4-5(A) DEADLINE
                                               CASE NO. 09-CV-03511 (RS)