*E-Filed 9/29/10*

MORGAN, LEWIS & BOCKIUS LLP
  Daniel Johnson, Jr. (State Bar No. 57409)
  Brett M. Schuman (State Bar No. 189247)
  Ahren C. Hoffman (State Bar No. 250469)
  Ryan L. Scher (State Bar No. 244706)
One Market, Spear Street Tower
San Francisco, CA 94105-1126
Tel: 415.442.1000
Fax: 415.442.1001
E-mail: djjohnson@morganlewis.com
E-mail: bschuman@morganlewis.com
E-mail: ahoffman@morganlewis.com
E-mail: rscher@morganlewis.com

*Attorneys for Plaintiffs*
OPENWAVE SYSTEMS, INC. and
OPENWAVE SYSTEMS (ROI) Ltd.

QUINN EMANUEL URQUHART & SULLIVAN
  Claude M. Stern (Bar No. 96737)
  Evette D. Pennypacker (Bar No. 203515)
  Matthew R. Hulse (Bar No. 209490)
  Thai Le (Bar No. 267460)
555 Twin Dolphin Drive, 5th Floor
Redwood Shores, California 94065
Telephone:    (650) 801-5000
Facsimile:    (650) 801-5100
E-mail: claudestern@quinnemanuel.com
E-mail: evettepennypacker@quinnemanuel.com
E-mail: matthulse@quinnemanuel.com
E-mail: thaile@quinnemanuel.com

QUINN EMANUEL URQUHART & SULLIVAN
  Jesse Geraci (Bar No. 259755)
50 California Street, 22nd Floor
San Francisco, California 94111
Telephone:    (415) 875-6600
Facsimile:    (415) 875-6700
Email: jessegeraci@quinnemanuel.com

*Attorneys for Defendants*
724 SOLUTIONS (US) INC. and
724 SOLUTIONS SOFTWARE INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| OPENWAVE SYSTEMS, INC., a Delaware corporation, and OPENWAVE SYSTEMS (ROI) LTD., its Republic of Ireland subsidiary,<br><br>*Plaintiffs,*<br><br>v.<br><br>724 SOLUTIONS (US) INC., a Delaware corporation, and 724 SOLUTIONS SOFTWARE INC., a Delaware corporation,<br><br>*Defendants.*<br><br>AND RELATED COUNTERCLAIMS | Case No. 09-CV-03511 (RS, HRL)<br><br>**STIPULATION AND [PROPOSED] ORDER STAYING CASE AND SUSPENDING CASE DEADLINES PENDING FINAL SETTLEMENT** |

04177.51678/3598411.1

Case No. 09-CV-03511-RS (HRL)
STIPULATION STAYING CASE AND SUSPENDING PENDING DEADLINES

Plaintiffs and Counter-defendants Openwave Systems, Inc. and Openwave Systems (ROI) Ltd. (collectively, "Openwave"), by and through their undersigned counsel, and Defendants and Counterclaimants 724 Solutions (US) Inc. and 724 Solutions Software Inc. (collectively, "724"), by and through their undersigned counsel, hereby stipulate as follows:

WHEREAS, on or about September 26, 2010, the parties entered into a signed written agreement pursuant to which this lawsuit should be fully and finally resolved, subject to the parties engaging in certain activity between September 26 and October 15, 2010 (and potentially October 22) ;

WHEREAS, the parties have agreed that, pending these actions being taken, all deadlines in the case should be suspended and the case stayed to allow these actions to be taken and to conserve party and judicial resources;

WHEREAS, the undersigned counsel have agreed that if they learn that the actions have not occurred or will not occur, counsel will promptly contact the court to re-initiate activity in this lawsuit, and are hopeful that this will be unnecessary.

WHEREAS, the undersigned counsel have agreed that once they learn that all actions required for final dismissal of the lawsuit have occurred, they will file an appropriate request for dismissal of the litigation.

NOW THEREFORE, IT IS STIPULATED, AGREED AND ORDERED that, in light of the signed written agreement between the parties and this stipulation, this case should be stayed and all deadlines in the case suspended.

Dated: September 26, 2010            By: _____
                                         Claude M. Stern

                                         Attorney for Defendants and
                                         Counterclaimants
                                         724 SOLUTIONS (US) INC. and 724
                                         SOLUTIONS SOFTWARE INC

Dated: September 26, 2010            By: _____
                                         Brett M. Schuman

                                         Attorneys for Plaintiffs and
                                         Counterdefendants

OPENWAVE SYSTEMS, INC. and
OPENWAVE SYSTEMS (ROI) Ltd.

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: 9/28/10    By: /s/ Richard Seeborg
THE HONORABLE RICHARD SEEBORG
UNITED STATES DISTRICT JUDGE