| | |
|---|---|
| DANIEL JOHNSON, JR. (SBN 57409)<br>BRETT M. SCHUMAN (SBN 189247)<br>AHREN C. HSU-HOFFMAN (SBN 250469)<br>RYAN L. SCHER (SBN 244706)<br>MORGAN, LEWIS & BOCKIUS LLP<br>One Market, Spear Street Tower<br>San Francisco, CA 94105-1126<br>Tel:  415.442.1000<br>Fax:  415.442.1001<br>E-mail:  djjohnson@morganlewis.com<br>E-mail:  bschuman@morganlewis.com<br>E-mail:  ahoffman@morganlewis.com<br>E-mail:  rscher@morganlewis.com | CLAUDE M. STERN (SBN 96737)<br>EVETTE D. PENNYPACKER (SBN 203515)<br>THAI LE (SBN 267460)<br>QUINN EMANUEL URQUHART & SULLIVAN, LLP<br>555 Twin Dolphin Drive, 5th Floor<br>Redwood Shores, California 94065<br>Tel: 650.801.5000<br>Fax: 650.801.5100<br>E-mail: claudestern@quinnemanuel.com<br>E-mail: evettepennypacker@quinnemanuel.com<br>E-mail: thaile@quinnemanuel.com |
| *Attorneys for Plaintiffs and Counterdefendants,*<br>OPENWAVE SYSTEMS, INC. and OPENWAVE SYSTEMS (ROI) LTD. | *Attorneys for Defendants and Counterclaimants,*<br>724 SOLUTIONS (US) INC. and 724 SOLUTIONS SOFTWARE INC. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| OPENWAVE SYSTEMS, INC., a Delaware corporation, and OPENWAVE SYSTEMS (ROI) LTD., its Republic of Ireland subsidiary,<br><br>                    Plaintiffs,<br><br>        v.<br><br>724 SOLUTIONS (US) INC., a Delaware corporation, and 724 SOLUTIONS SOFTWARE INC., a Delaware corporation,<br><br>                    Defendants.<br><br>AND RELATED COUNTERCLAIMS | Case No. 09-CV-03511 (RS, HRL)<br><br>**STIPULATION OF DISMISSAL** |

DB2/21992542.1

IT IS HEREBY STIPULATED by and between Plaintiffs and Counterdefendants Openwave Systems, Inc. and Openwave Systems (ROI) Ltd. (together, "Openwave") and Defendants and Counterclaimants 724 Solutions (US) Inc. and 724 Solutions Software Inc. (together, "724 Solutions"), through their respective attorneys of record pursuant to Federal Rule of Civil Procedure 41(a)(1), that all claims asserted in Openwave's Complaint and First Amended Complaint shall be dismissed with prejudice and that all claims asserted in 724 Solutions' Answer and Counterclaims to Complaint and its Answer and Counterclaims to the First Amended Complaint shall be dismissed without prejudice. The parties shall bear their own attorneys' fees and costs.

Dated: October 18, 2010                MORGAN, LEWIS & BOCKIUS LLP


                                       By /s/ Brett Schuman
                                          Brett M. Schuman

                                       *Attorneys for Plaintiffs and Counterdefendants,* OPENWAVE SYSTEMS, INC. AND OPENWAVE SYSTEMS (ROI) LTD.


Dated: October 18, 2010                QUINN EMANUEL URQUHART & SULLIVAN, LLP


                                       By /s/ Claude M. Stern
                                          Claude M. Stern

                                       *Attorneys for Defendants and Counterclaimants,* 724 SOLUTIONS (US) INC. AND 724 SOLUTIONS SOFTWARE INC.

**FILER'S ATTESTATION**

I, Ahren C. Hsu-Hoffman, am the ECF user whose identification and password are being used to file this Stipulation of Dismissal. In compliance with General Order 45.X.B, I hereby attest that Brett M. Schuman and Claude M. Stern concur in this filing.

Dated: October 18, 2010

By /s/ Ahren C. Hsu-Hoffman
Ahren C. Hsu-Hoffman
*Attorneys for Plaintiffs and Counterdefendants,* OPENWAVE SYSTEMS, INC. AND OPENWAVE SYSTEMS (ROI) LTD.

MORGAN, LEWIS & BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

DB2/21992542.1

2

STIPULATION OF DISMISSAL
CASE NO. 09-CV-03511 (RS)